**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____ Chapter **9**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Atoka County Healthcare Authority** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **73-6264482** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |

**1590 West Liberty**
**Atoka, OK 74525**
Number, Street, City, State & ZIP Code

**Atoka**
County

**PO Box 1107**
**Atoka, OK 74525**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.atokamedicalcenter.org** |

| | | |
|---|---|---|
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>■ Other. Specify:   **Municipality** |

**7.  Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____6221____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

■ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| | Debtor | _____ | | Relationship | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 10, 2017**
             MM / DD / YYYY

**X** **/s/ Royce Manion**                            **Royce Manion**
     Signature of authorized representative of debtor                 Printed name

Title _____

**18. Signature of attorney**

**X** **/s/ Jeffrey E. Tate**                      Date    **January 10, 2017**
     Signature of attorney for debtor                              MM / DD / YYYY

**Jeffrey E. Tate**
Printed name

**Christensen Law Group, P.L.L.C.**
Firm name

**The Parkway Building**
**3401 N.W. 63rd Street**
**Oklahoma City, OK 73116**
Number, Street, City, State & ZIP Code

Contact phone    **405-232-2020**        Email address    **jeffrey@christensenlawgroup.com**

**17150**
Bar number and State

Case 17-80016    Doc 1    Filed 01/10/17    Entered 01/10/17 17:22:04    Desc Main
Document    Page 4 of 58

Resolution of the Board of Trustees
of the Atoka County Healthcare Authority
Authorizing the Filing of a Petition Under Chapter 9 of the Bankruptcy Code

WHEREAS the Board of Trustees (the "Board") of the Atoka County Healthcare Authority (the "Authority"), has considered, with the assistance of its previously approved counsel, Christensen Law Group, PLLC, all options for resolving the economic problems that confront the Authority,

WHEREAS the Board has attempted to negotiate with creditors, but has been unable to so with any meaningful effectiveness due to the sheer number of creditors, the various lawsuits filed and the collection attempts by judgment creditors,

WHEREAS the Board has deliberated and determined, taking into consideration the advice of counsel, that it is qualified to file a petition under the provisions of chapter 9 of Title 11 of the United States Code (the "Bankruptcy Code") and that it is in the best interests of the Authority, its patients, creditors, citizens, employees, as well as the Atoka County taxpayers, to file the petition on such date as the Board determines, in consultation with counsel, to be appropriate, and

WHEREAS the Board desires to effectuate a plan of adjustment of its debts under the Bankruptcy Code,

NOW, THEREFORE, BE IT RESOLVED that (a) each then current member of the Board and (b) the then current CEO of the Trust (each an "Authorized Representative"), be, and hereby is, authorized and empowered (i) to continue negotiations with the Authority's creditors regarding the filing of such petition and the financial restructuring of the Authority under such chapter of the Bankruptcy Code and, unless those negotiations alter the situation, (ii) to execute, deliver, and file, or cause to be filed, with the United States Bankruptcy Court for the Eastern District of Oklahoma (the "Bankruptcy Court"), a voluntary petition of the Authority pursuant to chapter 9 of the Bankruptcy Code (the "Petition"), in such form as prescribed by the Official Forms promulgated in connection with the Bankruptcy Code; be it

FURTHER RESOLVED that, upon the filing of the Petition as authorized by the preceding paragraph, each Authorized Representative be, and hereby is, authorized and empowered to execute and deliver and file or cause to be filed with the Bankruptcy Court, on behalf of the Authority, all papers and pleadings necessary or convenient to facilitate the chapter 9 bankruptcy case and all of its matters and proceedings, and any and all other documents, including affidavits, necessary or appropriate in connection with the commencement of the chapter 9 case, each in such form or forms as the Authorized Representative so acting may approve; be it

FURTHER RESOLVED that each Authorized Representative be, and hereby is, authorized and empowered to execute and deliver and file or cause to be filed with the Bankruptcy Court, on behalf of the Authority, all papers and pleadings necessary or convenient to effect, cause, or promote the Authority's reorganization under chapter 9 of the Bankruptcy Code and any and all

other documents, including a Plan of Adjustment and an accompanying Disclosure Statement, together with any amendments or modifications thereto, or any restatements thereof, and to provide, or cause to be provided, such affidavits or oral testimony necessary or appropriate in connection therewith, each in such form or forms as the Authorized Representative so acting may approve; be it

FURTHER RESOLVED, that each Authorized Representative be, and hereby is, authorized and empowered appear and testify in all bankruptcy proceedings on behalf of the Trust, and to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents as may be helpful or necessary.


Date: 1-3-2017                        Signed _____

Date: 1-3-2017                        Signed _____

Date: 03 January 2017                 Signed _____

Date: 1-3-17                          Signed _____

Debtor name    **Atoka County Healthcare Authority**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 10, 2017**        X **/s/ Royce Manion**
                                           Signature of individual signing on behalf of debtor

                                           **Royce Manion**
                                           Printed name

                                           Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Atoka County Healthcare Authority** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF OKLAHOMA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AT&T PO BOX 5001 Carol Stream, IL 60197 | | | | | | $72,711.96 |
| ATOKA EMERGENCY 1201 E JACKSON Hugo, OK 74743 | | | | | | $188,254.93 |
| BEALL BARCLAY 3101 S 70TH STREET Fort Smith, AR 72903 | | | | | | $73,511.02 |
| CPP WOUND CARE 3445 N CAUSEWAY BLVD STE 600 Metairie, LA 70002 | | | | | | $49,600.00 |
| CPSI 6600 WALL STREET Mobile, AL 36695 | | | | | | $95,213.82 |
| CROWE AND DUNLEVY 324 N ROBINSON AVE STE 100 Oklahoma City, OK 73102 | | | | | | $136,556.69 |
| DIAGNOSTIC LAB OF OKLAHOMA 225 NE 97th Street Oklahoma City, OK 73114 | | | | | | $62,401.14 |
| FIRST BANK PO BOX 458 Antlers, OK 74523 | | | | $435,718.03 | $0.00 | $435,718.03 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 17-80016    Doc 1    Filed 01/10/17    Entered 01/10/17 17:22:04    Desc Main Document    Page 8 of 58

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service 55 N. Robinson Stop 5024 Oklahoma City, OK 73102-9229 | | | Disputed | | | $570,272.64 |
| LANAK & HANNA 625 THE CITY DRIVE SOUTH SUITE 190 Orange, CA 92868 | | | | | | $62,858.16 |
| LEGACY THERAPY 193208 N 4120 RD Antlers, OK 74523 | | | | | | $48,333.30 |
| MEDICARE Novitas Solutions Attn Appeals Departmen PO Box 3114 Mechanicsburg, PA 17055-1829 | | | | $539,168.44 | $0.00 | $539,168.44 |
| METZER & AUSTIN 1 SOUTH BROADWAY SUITE 100 Edmond, OK 73034 | | | | | | $41,834.51 |
| OK EMPLOYMENT SECURITY COMMISSION PO BOX 52004 Oklahoma City, OK 73152-2004 | | | | | | $42,083.59 |
| Oklahoma Tax Commission NEED ADDRESS | | | Disputed | | | $139,348.00 |
| PTR HEALTHCARE MANAGEMENT SOLUTIONS, LLC 261 WEST HWY 3 Atoka, OK 74525 | | | | | | $92,724.60 |
| RMB INTERESTS 504 TEXAS STREET SUITE 200 Shreveport, LA 71101 | | | | | | $111,173.13 |
| TRANE US INC PO BOX 845053 Dallas, TX 75284 | | | | | | $60,010.01 |
| USDA Rural Housing Service Attn John Redman 128 W Ruth Avenue Atoka, OK 74525 | | Personal Property | | $6,217,422.63 | $0.00 | $6,217,422.63 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WINDESTREAM**<br>**4307930**<br>**PO BOX 9001950**<br>**Louisville, KY 40290** | | | | | | **$95,711.40** |

Debtor name  **Atoka County Healthcare Authority**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

### 2.1  FIRST BANK
Creditor's Name

**PO BOX 458**
**Antlers, OK 74523**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    **$435,718.03**    **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.2  MEDICARE
Creditor's Name

**Novitas Solutions**
**Attn Appeals Departmen**
**PO Box 3114**
**Mechanicsburg, PA**
**17055-1829**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**    $539,168.44    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Case 17-80016    Doc 1    Filed 01/10/17    Entered 01/10/17 17:22:04    Desc Main
Document    Page 11 of 58

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **UMB Bank, N.A., Bond Indenture Trustee** | | |
|---|---|---|---|
| | Creditor's Name | | |

**204 N Robinson 2nd Floor Oklahoma City, OK 73102-6803**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real Property; Personal Property including revenues, accounts, receivables, goods, instruments, general intangibles, inventory, goods.**

**Describe the lien**
**Security Agreement; Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,835,000.00      Unknown

---

| 2.4 | **USDA Rural Housing Service** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Attn John Redman 128 W Ruth Avenue Atoka, OK 74525**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Personal Property**

**Describe the lien**
**Security Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,217,422.63      $0.00

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $16,027,309.10 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 3

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cheryl Tripplet**<br>**US Department of Justice**<br>**United States Attorney's Office**<br>**520 Denison Avenue**<br>**Muskogee, OK 74401** | Line __2.4__ | |
| **Ian A. Hammel**<br>**Mintz Levin**<br>**One Financial Center**<br>**Boston, MA 02110** | Line __2.3__ | |
| **William W. Kannel**<br>**Mintz Levin**<br>**One Financial Center**<br>**Boston, MA 02110** | Line __2.3__ | |

Fill in this information to identify the case:

Debtor name   **Atoka County Healthcare Authority**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**55 N. Robinson Stop 5024**<br>**Oklahoma City, OK 73102-9229** | $570,272.64 | $570,272.64 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Oklahoma Tax Commission**<br>**NEED ADDRESS** | $139,348.00 | $139,348.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       50093       Best Case Bankruptcy

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,579.00 |
|---|---|---|---|

**ABILITY NETWORK**
Dept CH 16577
Palatine, IL 60055-6577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,022.84 |
|---|---|---|---|

**ADVANCED CARE**
1026 RADIO ROAD
Durant, OK 74701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**AIRSCAN TECH**
PO BOX 1539
Springtown, TX 76082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**AL WITT & CO**
5275 LAWRENCE 1225
Ash Grove, MO 65604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.95 |
|---|---|---|---|

**ALIMED INC**
PO BOX 9135
DEDHAM, MA 20279

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.20 |
|---|---|---|---|

**ALISA BERRYHILL**
192244 N 413 RD
Antlers, OK 74523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,219.30 |
|---|---|---|---|

**ALLIANCE HEALTH**
PO BOX 1207
Durant, OK 74701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 17-80016    Doc 1    Filed 01/10/17    Entered 01/10/17 17:22:04    Desc Main
Document    Page 15 of 58

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $562.50 |
|---|---|---|---|

**AMERICAN FUNDS**
PO BOX 2560
Norfolk, VA 23501

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,975.99 |
|---|---|---|---|

**AMERIPATH**
PO BOX 844810
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,713.65 |
|---|---|---|---|

**AMN HEALTHCARE INC**
FILE 56157
Los Angeles, CA 90074

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,690.00 |
|---|---|---|---|

**AMS SALES CORP**
PO BOX 72476586
Philadelphia, PA 19170

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.21 |
|---|---|---|---|

**ANESTHESIA SERVICES INC**
1821 N CLASSEN BLVD SUITE 100
Oklahoma City, OK 73106

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $911.64 |
|---|---|---|---|

**ANTLERS AMERICA**
PO BOX 578
Antlers, OK 74523

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,336.84 |
|---|---|---|---|

**ARJOHUNTLEIGH**
PO BOX 640799
Pittsburgh, PA 15264

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 17-80016    Doc 1    Filed 01/10/17    Entered 01/10/17 17:22:04    Desc Main
Document    Page 16 of 58

| Debtor | **Atoka County Healthcare Authority** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $375.36 |
|---|---|---|---|

**ARMSTRONG MEDICAL INDUSTRIES**
**PO BOX 700**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,089.00 |
|---|---|---|---|

**ASTORA WOMEN'S**
**PO BO 74008158**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $72,711.96 |
|---|---|---|---|

**AT&T**
**PO BOX 5001**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,295.35 |
|---|---|---|---|

**AT&T MOBILITY**
**PO BOX 6463**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**ATOKA COUNTY CHAMBER**
**PO BOX 778**
**Atoka, OK 74525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**ATOKA COUNTY EMS**
**1002 W LIBERTY ROAD STE**
**Atoka, OK 74525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $429.69 |
|---|---|---|---|

**ATOKA COUNTY EXISE BOARD**
**200 EAST COURT STREET**
**Atoka, OK 74525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**ATOKA EMERGENCY**<br>**1201 E JACKSON**<br>**Hugo, OK 74743**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$188,254.93** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**ATOKA FUNERAL**<br>**1000 WEST LIBERTY ROAD**<br>**Atoka, OK 74525**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**ATOKA MUNICIPAL**<br>**PO BOX 900**<br>**Atoka, OK 74525**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4.95** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**BALBOA CAPITAL**<br>**2010 MAIN STREET SUITE 1100**<br>**Irvine, CA 92614**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13,299.21** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**BARRACUDA NETWORK**<br>**DEPT LA 22762**<br>**Pasadena, CA 91185**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,949.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**BAXTER HEALTHCARE CORPORATION**<br>**Care Of Greg A Metzer**<br>**1 South Broadway**<br>**Suite 100**<br>**Edmond, OK 73034**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40,463.69** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**BC GROUP INTER**<br>**3081 ELM POINT INDUSTRIAL DRIVE**<br>**Saint Charles, MO 63301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$140.00** |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,511.02 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|
| | **BEALL BARCLAY**<br>**3101 S 70TH STREET**<br>**Fort Smith, AR 72903** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,034.50 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **BG MEDICAL**<br>**PO BOX 1861**<br>**Barrington, IL 60011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,841.62 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|
| | **BIO RAD LABORATORIES INC CLINICAL**<br>**DIAG**<br>**PO BOX 849740**<br>**Los Angeles, CA 90084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|
| | **BIOAERIS/RICHM**<br>**3009 GLEN FLORA WAY**<br>**Fort Smith, AR 72908** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.50 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|
| | **BIZTEL**<br>**906 E WYANDOTTE**<br>**McAlester, OK 74501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,013.06 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|
| | **BKD LLP**<br>**6120 S YALE AVE SUITE 1400**<br>**Tulsa, OK 74136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,465.10 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|
| | **BLUE CROSS BLUE SHIELD**<br>**PO BOX 731428**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 17-80016    Doc 1    Filed 01/10/17    Entered 01/10/17 17:22:04    Desc Main
Document    Page 19 of 58

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $300.00 |
|---|---|---|---|

**BROOKS GREASE**
**3104 N ERIE AVE**
**Tulsa, OK 74115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,412.50 |
|---|---|---|---|

**BRUMMITT AND ASSOCIATES INC**
**4418 MONTECELLO PLACE**
**Enid, OK 73703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $487.05 |
|---|---|---|---|

**CANON FINANCIAL**
**14904 COLLECTIONS CENTER DRIVE**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,820.81 |
|---|---|---|---|

**CARDINAL HEALTH MEDICAL**
**PO BOX 730112**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $32,632.00 |
|---|---|---|---|

**CAREFUSION**
**25146 NETWORK PLACE**
**Chicago, IL 60673-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $12,227.50 |
|---|---|---|---|

**CENTERPOINT ENERGY SERVICES INC**
**PO BOX 4583**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,499.34 |
|---|---|---|---|

**CENTURION MEDICAL**
**PO BOX 842816**
**BOSTON, MA 22842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $341.86 |
|---|---|---|---|

**CHEMENCE MEDICAL**
**185 BLUEGRASS VALLEY PARKWAY SUITE**
**100**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,837.70 |
|---|---|---|---|

**CHEMSEARCH**
**PO BOX 971269**
**Dallas, TX 75397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.64 |
|---|---|---|---|

**COBRA ONE**
**1350 SOUTH BOULDER SUITE 300**
**Tulsa, OK 74119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**COMPLIANCE CONSULTANTS**
**67 EARNHARDT CIRCLE**
**Cabot, AR 72023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,606.47 |
|---|---|---|---|

**COOK MEDICAL INC**
**22988 NETWORK PLACE**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,217.18 |
|---|---|---|---|

**COOPER SURGICAL**
**PO BOX 712280**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,083.03 |
|---|---|---|---|

**COVIDIEN**
**PO BOX 120823**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,600.00 |
|---|---|---|---|

**CPP WOUND CARE**
**3445 N CAUSEWAY BLVD STE 600**
**Metairie, LA 70002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,213.82 |
|---|---|---|---|

**CPSI**
**6600 WALL STREET**
**Mobile, AL 36695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.55 |
|---|---|---|---|

**CR BARD INC**
**PO BOX 75767**
**Charlotte, NC 28275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322.62 |
|---|---|---|---|

**CREST HEALTH CARE**
**PO BOX 727**
**Dassel, MN 55325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,556.69 |
|---|---|---|---|

**CROWE AND DUNLEVY**
**324 N ROBINSON AVE STE 100**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $542.28 |
|---|---|---|---|

**CULLIGAN WATER**
**PO BOX 159**
**Ada, OK 74820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,328.00 |
|---|---|---|---|

**DANWELL COMPANIES**
**PO BOX 5304**
**Durant, OK 74702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 17-80016    Doc 1    Filed 01/10/17    Entered 01/10/17 17:22:04    Desc Main
Document    Page 22 of 58

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,401.14 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**DIAGNOSTIC LAB OF OKLAHOMA**
225 NE 97th Street
Oklahoma City, OK 73114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,157.55 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**DOCUCODERS LLC**
72 BRIDGE WATER LANE
WATERSOUND, FL 32461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,641.16 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**DRAGER MEDICAL**
3135 QUARRY ROAD
Telford, PA 18969

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,843.75 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**DURANT ANESTHESIA ASSOC**
PO BOX 5125
Durant, OK 74702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**EAGLE EYE RADIOLOGY**
PO BOX 71240
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,010.81 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**ECOLAB**
PO BOX 70343
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,291.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**ELECTRONIC DICTATION OF TULSA INC**
9717 E 42ND ST STE 142
Tulsa, OK 74146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | ELITE SUPPLIES<br>PO BOX 17163<br>Anaheim, CA 92817 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,240.93 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | EMD MILLPORE CORP<br>25760 NETWORK PLACE<br>Chicago, IL 60673 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,375.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | EMERGENCY DEPARTMENT STAFFING<br>1535 NW 35TH STREET<br>Oklahoma City, OK 73118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $699.70 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | ENDOCHOICE INC<br>11810 WILLIS RD SUITE 100<br>Alpharetta, GA 30009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $579.55 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | ENVIRONMENTAL INDUSTRIES<br>PO BOX 1839<br>Lutherville Timonium, MD 21094 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,191.63 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | FASTHEALTH CORPORATION<br>1001 23RD AVE SUITE C<br>Tuscaloosa, AL 35401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.19 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | FED EX FREIGHT<br>3965 Airways Module G<br>Memphis, TN 38116 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.51 |
|---|---|---|---|

**FEDERAL EXPRESS**
PO BOX 94515
Palatine, IL 60094

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,381.00 |
|---|---|---|---|

**FIRST CALL OF TULSA**
LOCK BOX #1 PO BOX 1857
Owasso, OK 74055

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,570.20 |
|---|---|---|---|

**FIRST INSURANCE**
PO BOX 458
Antlers, OK 74523

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,649.97 |
|---|---|---|---|

**FISHER HEALTHCARE**
PO BOX 404705
Atlanta, GA 30384-4000

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,134.11 |
|---|---|---|---|

**FIVE STAR OFFICE SUPPLY**
127 W MAIN ST
Durant, OK 74701

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**FLUKE ELECTRONICS**
13725 SE KARL BRAUN DR BLDG 19
Beaverton, OR 97077

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,447.57 |
|---|---|---|---|

**GE HEALTHCARE**
2984 COLLECTIONS CENTER DR
Chicago, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.53 |
|---|---|---|---|

**HEALTHCARE LOGISTICS**
**PO BOX 400**
**Circleville, OH 43113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,769.82 |
|---|---|---|---|

**HEARTLAND PATHOLOGY CONSULTANT**
**PO BOX 26343**
**Oklahoma City, OK 73126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223.28 |
|---|---|---|---|

**HERITAGE MEDICAL**
**213 N OAK AVE**
**Broken Arrow, OK 74012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,801.31 |
|---|---|---|---|

**HMS HEALTH LLC**
**740 SPIRIT 40 PARK DRIVE**
**Chesterfield, MO 63005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,160.40 |
|---|---|---|---|

**HOLOGIC INC**
**24506 NETWORK PLACE**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**HOSPITAL EQUIPMENT RENTAL**
**21900 E 96TH STREET**
**Broken Arrow, OK 74014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137.98 |
|---|---|---|---|

**HRDIRECT GNEIL**
**PO BOX 451179**
**Fort Lauderdale, FL 33345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,570.61 |
|---|---|---|---|

**IMEDICAL INC**
**1221 SE BROADWAY SUITE E**
**Lees Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,772.93 |
|---|---|---|---|

**IMMUCOR INC**
**PO BOX 102118**
**Atlanta, GA 30368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**INDUSTRIAL CHEM LAB**
**55 BROOK AVE SUITE G**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**JEFCO LLC**
**PO BOX 153**
**Atoka, OK 74525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,852.96 |
|---|---|---|---|

**JOHNSON & JOHNSON HEALTH CARE**
**SYSTEMS**
**5972 COLLECTIONS CTR DR**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,197.89 |
|---|---|---|---|

**KCI ACELITY**
**PO BOX 301557**
**Dallas, TX 75303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,939.67 |
|---|---|---|---|

**KELLOGG & SOVEREIGN CONSULTING**
**1101 STADIUM DRIVE**
**Ada, OK 74820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 17-80016    Doc 1    Filed 01/10/17    Entered 01/10/17 17:22:04    Desc Main
Document    Page 27 of 58

| Debtor | Atoka County Healthcare Authority | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,291.43 |
|---|---|---|---|
| | LABCORP<br>PO BOX 12140<br>Burlington, NC 27216-2140 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812.96 |
|---|---|---|---|
| | LABORATORY SUPPLY CO<br>1951 BISHOP LANE<br>SUITE 300<br>Louisville, KY 40218 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $704.38 |
|---|---|---|---|
| | LAKE COUNTRY MEDICAL<br>702 S MISSISSIPPI<br>Atoka, OK 74525 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,858.16 |
|---|---|---|---|
| | LANAK & HANNA<br>625 THE CITY DRIVE SOUTH SUITE 190<br>Orange, CA 92868 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,070.00 |
|---|---|---|---|
| | LANDIS ARN AND<br>222 SAINT JOHN ST SUITE 321<br>PORTLAND, ME 41020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,333.30 |
|---|---|---|---|
| | LEGACY THERAPY<br>193208 N 4120 RD<br>Antlers, OK 74523 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.22 |
|---|---|---|---|
| | LW SCIENTIFIC CORPORATION<br>865 MARATHON PARKWAY<br>Lawrenceville, GA 30046 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,731.00 |
|---|---|---|---|

**MAC SYSTEMS**
**PO BOX 27665**
**Tulsa, OK 74119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,630.21 |
|---|---|---|---|

**MATHESON TRI-GAS**
**PO BOX 123028**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,660.32 |
|---|---|---|---|

**MCALESTER REGIONAL**
**1 CLARK BASS BLVD**
**McAlester, OK 74501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,975.00 |
|---|---|---|---|

**MEDICAL WASTE**
**11995 HWY 62 E**
**Harrison, AR 72601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,374.48 |
|---|---|---|---|

**MEDICUS HEALTHCARE**
**22 ROULSTON ROAD**
**WINDHAM, NH 30870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,425.90 |
|---|---|---|---|

**MEDISCRIBES INC**
**12806 TOWNEPARK WAY**
**Louisville, KY 40243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,454.69 |
|---|---|---|---|

**MEDIVATORS INC**
**14605 28TH AVENUE NORTH**
**Minneapolis, MN 55447-4822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,986.16 |
|---|---|---|---|

**MEDLINE INDUSTRIES**
**DEPT 1080**
**PO BOX 121080**
**Dallas, TX 75312-1080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,065.70 |
|---|---|---|---|

**MEDSERVICE REPAIR**
**1234 ALLANSON ROAD**
**Mundelein, IL 60060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,190.00 |
|---|---|---|---|

**MEDTRONIC USA**
**PO BOX 848086**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $527.96 |
|---|---|---|---|

**MERRY X-RAY**
**4444 VIEWRIDGE AVENUE**
**SUITE A**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,016.36 |
|---|---|---|---|

**METROPOLITAN LIFE**
**13045 TESSON FERRY ROAD**
**Saint Louis, MO 63128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,661.74 |
|---|---|---|---|

**METTEL**
**PO BOX 1056**
**New York, NY 10268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,834.51 |
|---|---|---|---|

**METZER & AUSTIN**
**1 SOUTH BROADWAY**
**SUITE 100**
**Edmond, OK 73034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|
| | MID-CONTINENTAL<br>1706 DELIVERY LANE<br>Durant, OK 74701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,380.76 |
|---|---|---|---|
| | MIDWEST BUS SALES<br>313 EAST FRONT STREET<br>Bonner Springs, KS 66012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,368.21 |
|---|---|---|---|
| | MILLER OFFICE EQUIPMENT<br>900 E WYANDOTTE<br>McAlester, OK 74501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.71 |
|---|---|---|---|
| | MOBILITY PLUS<br>1601 N Main<br>Muskogee, OK 74401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,955.00 |
|---|---|---|---|
| | NATIONAL RESEARCH CORP<br>PO BOX 809030<br>Chicago, IL 60680-9030 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.10 |
|---|---|---|---|
| | NEOTRACT INC<br>4473 WILLOW ROAD SUITE 100<br>Pleasanton, CA 94588 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,170.33 |
|---|---|---|---|
| | NETWORK SERVICES COMPANY<br>LOCKBOX 231805<br>1805 MOMENTUM PLACE<br>Chicago, IL 60689-5318 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,896.51** |
|---|---|---|---|
| | **NOVITAS SOLUTIONS**<br>PO BOX 3114<br>Mechanicsburg, PA 17055 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,886.70** |
|---|---|---|---|
| | **NUMED INC**<br>PO BOX 1098<br>Denton, TX 76202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.96** |
|---|---|---|---|
| | **O'REILLY AUTO PARTS**<br>P.O. Box 9464<br>Springfield, MO 65801-9464 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,009.53** |
|---|---|---|---|
| | **OFFICE EQUIPMENT CENTER**<br>PO BOX 1246<br>Paris, TX 75461-1246 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,083.59** |
|---|---|---|---|
| | **OK EMPLOYMENT SECURITY COMMISSION**<br>PO BOX 52004<br>Oklahoma City, OK 73152-2004 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,062.50** |
|---|---|---|---|
| | **OK FOUNDATION**<br>14000 QUAIL SPRINGS PKWY<br>SUITE 400<br>Oklahoma City, OK 73134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,433.18** |
|---|---|---|---|
| | **OK HEALTH CARE ASSOCIATION**<br>PO BOX 21228<br>Tulsa, OK 74121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**OK STATE BOARD OF PHARMACY**
2920 N LINCOLN BLVD, STE A
Oklahoma City, OK 73105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
|---|---|---|---|

**OK STATE DEPT OF HEALTH**
ATTN FINANCIAL MGMT-RECEIPTING UNIT
PO BOX 268823
Oklahoma City, OK 73126-8816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,290.00** |
|---|---|---|---|

**OKLAHOMA BLOOD INSTITUTE**
DEPT 96 0115
Oklahoma City, OK 73196-0115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**OKLAHOMA DEPT OF LABOR**
3017 N STILES SUITE 100
Oklahoma City, OK 73105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,959.20** |
|---|---|---|---|

**OKLAHOMA EMPLO SEC COMM**
PO BOX 52925
Oklahoma City, OK 73152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**OKLAHOMA HOSPITAL ASSOCIATION**
DEPT 96 0298
Oklahoma City, OK 73196-0298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,200.00** |
|---|---|---|---|

**OKLAHOMA LITHOTRIPER**
5401 N PORTLAND STE 240
Oklahoma City, OK 73112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,316.48 |
|---|---|---|---|

**OLYMPUS AMERICA**
**PO BOX 120600**
**DEPT 0600**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,572.59 |
|---|---|---|---|

**OLYMPUS FINANCIAL SERVICE**
**PO BOX 200183**
**Pittsburgh, PA 15251-0183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.00 |
|---|---|---|---|

**OLYMPUS MEDICAL**
**5900 FIRST SO**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $997.61 |
|---|---|---|---|

**ORKIN PEST CONTROL**
**1401 SE 1ST STREET**
**Lawton, OK 73501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**OXEN TECHNOLOGY**
**3019 AZALEA PARK BLVD**
**Muskogee, OK 74401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.00 |
|---|---|---|---|

**PARTS SOURCE**
**PO BOX 645186**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,618.00 |
|---|---|---|---|

**PENDERGRAPH SYSTEMS INC.**
**6916 E 12TH STREET**
**Tulsa, OK 74112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $756.00 |
|---|---|---|---|

**PHILIPS MEDICAL**
**PO BOX 100355**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $234.33 |
|---|---|---|---|

**PITNEY BOWES INC**
**PO BOX 371896**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235.00 |
|---|---|---|---|

**POSTMASTER**
**409 E Court Street**
**Atoka, OK 74525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $517.92 |
|---|---|---|---|

**PREFERRED DATA**
**PO BOX 10597**
**Canoga Park, CA 91309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $779.00 |
|---|---|---|---|

**PRICE'S PRINTING**
**401 N THIRD AVE**
**Durant, OK 74701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92,724.60 |
|---|---|---|---|

**PTR HEALTHCARE MANAGEMENT**
**SOLUTIONS, LLC**
**261 WEST HWY 3**
**Atoka, OK 74525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,433.01 |
|---|---|---|---|

**PUBLIC SERVICE COMPANY OF**
**OKLAHOMA**
**PO BOX 24421**
**Canton, OH 44701-4421**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 17-80016    Doc 1    Filed 01/10/17    Entered 01/10/17 17:22:04    Desc Main
Document    Page 35 of 58

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**QUALITY RX CONSULTING**
**PO BOX 1184**
**Atoka, OK 74525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,570.51 |
|---|---|---|---|

**RITTER EXPRESS PHARMACY**
**PO BOX 870**
**Atoka, OK 74525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,173.13 |
|---|---|---|---|

**RMB INTERESTS**
**504 TEXAS STREET SUITE 200**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.50 |
|---|---|---|---|

**ROGER HATRIDGE R&R ELECTRIC LLC**
**1702 N HATRIDGE RD**
**Kiowa, OK 74553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,335.00 |
|---|---|---|---|

**SECHRIST INDUSTRIES**
**4225 E LAPALMA AVE**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.00 |
|---|---|---|---|

**SECURITY CHECK**
**PO BOX 14189**
**Oklahoma City, OK 73113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**SHARPCO INC**
**PO BOX 267**
**Stringtown, OK 74569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| | |
|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,980.00** |

3.155

**Nonpriority creditor's name and mailing address**
**SHAWN HELDEBRADT**
**8611 EAST 103RD STREET**
**Tulsa, OK 74133**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,980.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

3.156

**Nonpriority creditor's name and mailing address**
**SHRED IT**
**PO BOX 731238**
**Dallas, TX 75373-1238**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,407.28**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

3.157

**Nonpriority creditor's name and mailing address**
**SIEMENS FINANCIAL**
**PO BOX 2083**
**Carol Stream, IL 60132**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$721.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

3.158

**Nonpriority creditor's name and mailing address**
**SIMPLEX GRINNELL LP**
**DEPT CH 10320**
**Palatine, IL 60055-0320**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,670.48**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

3.159

**Nonpriority creditor's name and mailing address**
**SMITHWORKS MEDICAL**
**13626 FM 2710**
**Lindale, TX 75771**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$361.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

3.160

**Nonpriority creditor's name and mailing address**
**SOUTHERN OKLAHOMA**
**PO BOX 21341**
**Oklahoma City, OK 73156**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,750.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

3.161

**Nonpriority creditor's name and mailing address**
**STEELEHORSE ANESTHESIA**
**3026 PRESTONWOOD**
**Durant, OK 74701**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,600.00**

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,807.71** |
|---|---|---|---|

**STERICYCLE INC**
PO BOX 6575
Carol Stream, IL 60197-6575

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,131.90** |
|---|---|---|---|

**STRYKER INSTRUMENTS**
PO BOX 70119
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$143.52** |
|---|---|---|---|

**STRYKER MEDICAL**
PO BOX 93308
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,507.46** |
|---|---|---|---|

**SUPERIOR LINEN**
6959 E 12TH STREET
Tulsa, OK 74112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,381.63** |
|---|---|---|---|

**SYSMEX AMERICA**
28241 NETWORK PLANCE
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,264.17** |
|---|---|---|---|

**SYSTEMSLOGIC**
5850 W 3RD ST #252
Los Angeles, CA 90036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,494.71** |
|---|---|---|---|

**T-SYSTEMS INC**
4020 MCEWEN DRIVE
SUITE 200
Dallas, TX 75244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,302.75 |
|---|---|---|---|

**TED ROWLAND**
603 NE 2ND
Antlers, OK 74523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $307.50 |
|---|---|---|---|

**THE PHONE SPECIALIST**
24084 N CR 3387
Stratford, OK 74872

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,060.97 |
|---|---|---|---|

**THOMPSON INFORMATION**
PO BOX 41868
Austin, TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,703.00 |
|---|---|---|---|

**TOTAL MEDICAL**
PO BOX 26243
Oklahoma City, OK 73126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $367.52 |
|---|---|---|---|

**TOUCHSTONE COMMUNICATIONS**
PO BOX 27772
NEWARK, NJ 71017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,010.01 |
|---|---|---|---|

**TRANE US INC**
PO BOX 845053
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.99 |
|---|---|---|---|

**TRANSAMERICA**
PO BOX 8063
Little Rock, AR 72203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $687.30 |
|---|---|---|---|
| | **UNIVERSAL HOSPITAL**<br>**PO BOX 86**<br>**Minneapolis, MN 55486** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,865.00 |
|---|---|---|---|
| | **UNIVERSAL ROOFING**<br>**PO BOX 6650**<br>**MOORE, OK 73153** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,555.25 |
|---|---|---|---|
| | **UPS**<br>**LOCKBOX 577**<br>**Carol Stream, IL 60132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,081.54 |
|---|---|---|---|
| | **US FOODSERVICE**<br>**PO BOX 973118**<br>**Dallas, TX 75397** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.89 |
|---|---|---|---|
| | **VISION SERVICE**<br>**PO BOX 45295**<br>**San Francisco, CA 94145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,427.00 |
|---|---|---|---|
| | **WERFEN USA LLC 00667**<br>**PO BOX 347934**<br>**Pittsburgh, PA 15251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,755.96 |
|---|---|---|---|
| | **WERFEN USA LLC 04036**<br>**PO BOX 347934**<br>**Pittsburgh, PA 15251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,711.40 |
|---|---|---|---|

**WINDSTREAM 4307930**
**PO BOX 9001950**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,777.46 |
|---|---|---|---|

**WINDSTREAM 4368325**
**PO BOX 9001950**
**LOUISVILLE, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,732.41 |
|---|---|---|---|

**WINDSTREAM 4382062**
**PO BOX 9001950**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.34 |
|---|---|---|---|

**WYRICK LUMBER**
**PO BOX 30**
**Atoka, OK 74525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **James Vogt**<br>**101 Park Avenue**<br>**Suite 1010**<br>**Oklahoma City, OK 73102** | Line **3.57**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Jason McCart**<br>**2200 First National Center**<br>**120 N Robinson**<br>**Oklahoma City, OK 73102** | Line **3.174**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Lee Howard**<br>**501 Shelley Drive**<br>**Suite 300**<br>**Tyler, TX 75701** | Line **3.9**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Lee Howard**<br>**501 Shelley Drive**<br>**Suite 300**<br>**Tyler, TX 75701** | Line **3.10**<br><br>☐ Not listed. Explain ____ | __ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

Debtor   **Atoka County Healthcare Authority**
Name

Case number (if known) _____

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 709,620.64 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,247,394.84 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,957,015.48 |

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re   **Atoka County Healthcare Authority**      Case No.

Debtor(s)      Chapter   **9**

# VERIFICATION OF CREDITOR MATRIX

I, the   of the Municipality named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 10, 2017**      **/s/ Royce Manion**

**Royce Manion**/
Signer/Title

ABILITY NETWORK
Dept CH 16577
Palatine, IL 60055-6577

ADVANCED CARE
1026 RADIO ROAD
Durant, OK 74701

AIRSCAN TECH
PO BOX 1539
Springtown, TX 76082

AL WITT & CO
5275 LAWRENCE 1225
Ash Grove, MO 65604

ALIMED INC
PO BOX 9135
DEDHAM, MA 20279

ALISA BERRYHILL
192244 N 413 RD
Antlers, OK 74523

ALLIANCE HEALTH
PO BOX 1207
Durant, OK 74701

AMERICAN FUNDS
PO BOX 2560
Norfolk, VA 23501

AMERIPATH
PO BOX 844810
Dallas, TX 75284

AMN HEALTHCARE INC
FILE 56157
Los Angeles, CA 90074

AMS SALES CORP
PO BOX 72476586
Philadelphia, PA 19170

ANESTHESIA SERVICES INC
1821 N CLASSEN BLVD SUITE 100
Oklahoma City, OK 73106

ANTLERS AMERICA
PO BOX 578
Antlers, OK 74523

ARJOHUNTLEIGH
PO BOX 640799
Pittsburgh, PA 15264

ARMSTRONG MEDICAL INDUSTRIES
PO BOX 700
Lincolnshire, IL 60069

ASTORA WOMEN'S
PO BO 74008158
Chicago, IL 60674

AT&T
PO BOX 5001
Carol Stream, IL 60197

AT&T MOBILITY
PO BOX 6463
Carol Stream, IL 60197

ATOKA COUNTY CHAMBER
PO BOX 778
Atoka, OK 74525

ATOKA COUNTY EMS
1002 W LIBERTY ROAD STE
Atoka, OK 74525

ATOKA COUNTY EXISE BOARD
200 EAST COURT STREET
Atoka, OK 74525

ATOKA EMERGENCY
1201 E JACKSON
Hugo, OK 74743

ATOKA FUNERAL
1000 WEST LIBERTY ROAD
Atoka, OK 74525

ATOKA MUNICIPAL
PO BOX 900
Atoka, OK 74525

BALBOA CAPITAL
2010 MAIN STREET SUITE 1100
Irvine, CA 92614

BARRACUDA NETWORK
DEPT LA 22762
Pasadena, CA 91185

BAXTER HEALTHCARE CORPORATION
Care Of Greg A Metzer
1 South Broadway
Suite 100
Edmond, OK 73034

BC GROUP INTER
3081 ELM POINT INDUSTRIAL DRIVE
Saint Charles, MO 63301

BEALL BARCLAY
3101 S 70TH STREET
Fort Smith, AR 72903

BG MEDICAL
PO BOX 1861
Barrington, IL 60011

BIO RAD LABORATORIES INC CLINICAL DIAG
PO BOX 849740
Los Angeles, CA 90084

BIOAERIS/RICHM
3009 GLEN FLORA WAY
Fort Smith, AR 72908

BIZTEL
906 E WYANDOTTE
McAlester, OK 74501

BKD LLP
6120 S YALE AVE SUITE 1400
Tulsa, OK 74136

BLUE CROSS BLUE SHIELD
PO BOX 731428
Dallas, TX 75373

BROOKS GREASE
3104 N ERIE AVE
Tulsa, OK 74115

BRUMMITT AND ASSOCIATES INC
4418 MONTECELLO PLACE
Enid, OK 73703

CANON FINANCIAL
14904 COLLECTIONS CENTER DRIVE
Chicago, IL 60693

CARDINAL HEALTH MEDICAL
PO BOX 730112
Dallas, TX 75373

CAREFUSION
25146 NETWORK PLACE
Chicago, IL 60673-1250

CENTERPOINT ENERGY SERVICES INC
PO BOX 4583
Houston, TX 77210

CENTURION MEDICAL
PO BOX 842816
BOSTON, MA 22842

CHEMENCE MEDICAL
185 BLUEGRASS VALLEY PARKWAY SUITE 100
Alpharetta, GA 30005

CHEMSEARCH
PO BOX 971269
Dallas, TX 75397

Cheryl Tripplet
US Department of Justice
United States Attorney's Office
520 Denison Avenue
Muskogee, OK 74401

COBRA ONE
1350 SOUTH BOULDER SUITE 300
Tulsa, OK 74119

COMPLIANCE CONSULTANTS
67 EARNHARDT CIRCLE
Cabot, AR 72023

COOK MEDICAL INC
22988 NETWORK PLACE
Chicago, IL 60673

COOPER SURGICAL
PO BOX 712280
Cincinnati, OH 45271

COVIDIEN
PO BOX 120823
Dallas, TX 75312

CPP WOUND CARE
3445 N CAUSEWAY BLVD STE 600
Metairie, LA 70002

CPSI
6600 WALL STREET
Mobile, AL 36695

CR BARD INC
PO BOX 75767
Charlotte, NC 28275

CREST HEALTH CARE
PO BOX 727
Dassel, MN 55325

```
CROWE AND DUNLEVY
324 N ROBINSON AVE STE 100
Oklahoma City, OK 73102

CULLIGAN WATER
PO BOX 159
Ada, OK 74820

DANWELL COMPANIES
PO BOX 5304
Durant, OK 74702

DIAGNOSTIC LAB OF OKLAHOMA
225 NE 97th Street
Oklahoma City, OK 73114

DOCUCODERS LLC
72 BRIDGE WATER LANE
WATERSOUND, FL 32461

DRAGER MEDICAL
3135 QUARRY ROAD
Telford, PA 18969

DURANT ANESTHESIA ASSOC
PO BOX 5125
Durant, OK 74702

EAGLE EYE RADIOLOGY
PO BOX 71240
Philadelphia, PA 19176

ECOLAB
PO BOX 70343
Chicago, IL 60673

ELECTRONIC DICTATION OF TULSA INC
9717 E 42ND ST STE 142
Tulsa, OK 74146

ELITE SUPPLIES
PO BOX 17163
Anaheim, CA 92817

EMD MILLPORE CORP
25760 NETWORK PLACE
Chicago, IL 60673

EMERGENCY DEPARTMENT STAFFING
1535 NW 35TH STREET
Oklahoma City, OK 73118

ENDOCHOICE INC
11810 WILLIS RD SUITE 100
Alpharetta, GA 30009
```

ENVIRONMENTAL INDUSTRIES
PO BOX 1839
Lutherville Timonium, MD 21094

FASTHEALTH CORPORATION
1001 23RD AVE SUITE C
Tuscaloosa, AL 35401

FED EX FREIGHT
3965 Airways Module G
Memphis, TN 38116

FEDERAL EXPRESS
PO BOX 94515
Palatine, IL 60094

FIRST BANK
PO BOX 458
Antlers, OK 74523

FIRST CALL OF TULSA
LOCK BOX #1 PO BOX 1857
Owasso, OK 74055

FIRST INSURANCE
PO BOX 458
Antlers, OK 74523

FISHER HEALTHCARE
PO BOX 404705
Atlanta, GA 30384-4000

FIVE STAR OFFICE SUPPLY
127 W MAIN ST
Durant, OK 74701

FLUKE ELECTRONICS
13725 SE KARL BRAUN DR BLDG 19
Beaverton, OR 97077

GE HEALTHCARE
2984 COLLECTIONS CENTER DR
Chicago, IL 60693

HEALTHCARE LOGISTICS
PO BOX 400
Circleville, OH 43113

HEARTLAND PATHOLOGY CONSULTANT
PO BOX 26343
Oklahoma City, OK 73126

HERITAGE MEDICAL
213 N OAK AVE
Broken Arrow, OK 74012

```
HMS HEALTH LLC
740 SPIRIT 40 PARK DRIVE
Chesterfield, MO 63005

HOLOGIC INC
24506 NETWORK PLACE
Chicago, IL 60673

HOSPITAL EQUIPMENT RENTAL
21900 E 96TH STREET
Broken Arrow, OK 74014

HRDIRECT GNEIL
PO BOX 451179
Fort Lauderdale, FL 33345

Ian A. Hammel
Mintz Levin
One Financial Center
Boston, MA 02110

IMEDICAL INC
1221 SE BROADWAY SUITE E
Lees Summit, MO 64081

IMMUCOR INC
PO BOX 102118
Atlanta, GA 30368

INDUSTRIAL CHEM LAB
55 BROOK AVE SUITE G
Deer Park, NY 11729

Internal Revenue Service
55 N. Robinson Stop 5024
Oklahoma City, OK 73102-9229

James Vogt
101 Park Avenue
Suite 1010
Oklahoma City, OK 73102

Jason McCart
2200 First National Center
120 N Robinson
Oklahoma City, OK 73102

JEFCO LLC
PO BOX 153
Atoka, OK 74525

JOHNSON & JOHNSON HEALTH CARE SYSTEMS
5972 COLLECTIONS CTR DR
Chicago, IL 60693
```

KCI ACELITY
PO BOX 301557
Dallas, TX 75303

KELLOGG & SOVEREIGN CONSULTING
1101 STADIUM DRIVE
Ada, OK 74820

LABCORP
PO BOX 12140
Burlington, NC 27216-2140

LABORATORY SUPPLY CO
1951 BISHOP LANE
SUITE 300
Louisville, KY 40218

LAKE COUNTRY MEDICAL
702 S MISSISSIPPI
Atoka, OK 74525

LANAK & HANNA
625 THE CITY DRIVE SOUTH SUITE 190
Orange, CA 92868

LANDIS ARN AND
222 SAINT JOHN ST SUITE 321
PORTLAND, ME 41020

Lee Howard
501 Shelley Drive
Suite 300
Tyler, TX 75701

LEGACY THERAPY
193208 N 4120 RD
Antlers, OK 74523

LW SCIENTIFIC CORPORATION
865 MARATHON PARKWAY
Lawrenceville, GA 30046

MAC SYSTEMS
PO BOX 27665
Tulsa, OK 74119

MATHESON TRI-GAS
PO BOX 123028
Dallas, TX 75312

MCALESTER REGIONAL
1 CLARK BASS BLVD
McAlester, OK 74501

MEDICAL WASTE
11995 HWY 62 E
Harrison, AR 72601

MEDICARE
Novitas Solutions
Attn Appeals Departmen
PO Box 3114
Mechanicsburg, PA 17055-1829

MEDICUS HEALTHCARE
22 ROULSTON ROAD
WINDHAM, NH 30870

MEDISCRIBES INC
12806 TOWNEPARK WAY
Louisville, KY 40243

MEDIVATORS INC
14605 28TH AVENUE NORTH
Minneapolis, MN 55447-4822

MEDLINE INDUSTRIES
DEPT 1080
PO BOX 121080
Dallas, TX 75312-1080

MEDSERVICE REPAIR
1234 ALLANSON ROAD
Mundelein, IL 60060

MEDTRONIC USA
PO BOX 848086
Dallas, TX 75284

MERRY X-RAY
4444 VIEWRIDGE AVENUE
SUITE A
San Diego, CA 92123

METROPOLITAN LIFE
13045 TESSON FERRY ROAD
Saint Louis, MO 63128

METTEL
PO BOX 1056
New York, NY 10268

METZER & AUSTIN
1 SOUTH BROADWAY
SUITE 100
Edmond, OK 73034

MID-CONTINENTAL
1706 DELIVERY LANE
Durant, OK 74701

MIDWEST BUS SALES
313 EAST FRONT STREET
Bonner Springs, KS 66012

MILLER OFFICE EQUIPMENT
900 E WYANDOTTE
McAlester, OK 74501

MOBILITY PLUS
1601 N Main
Muskogee, OK 74401

NATIONAL RESEARCH CORP
PO BOX 809030
Chicago, IL 60680-9030

NEOTRACT INC
4473 WILLOW ROAD SUITE 100
Pleasanton, CA 94588

NETWORK SERVICES COMPANY
LOCKBOX 231805
1805 MOMENTUM PLACE
Chicago, IL 60689-5318

NOVITAS SOLUTIONS
PO BOX 3114
Mechanicsburg, PA 17055

NUMED INC
PO BOX 1098
Denton, TX 76202

O'REILLY AUTO PARTS
P.O. Box 9464
Springfield, MO 65801-9464

OFFICE EQUIPMENT CENTER
PO BOX 1246
Paris, TX 75461-1246

OK EMPLOYMENT SECURITY COMMISSION
PO BOX 52004
Oklahoma City, OK 73152-2004

OK FOUNDATION
14000 QUAIL SPRINGS PKWY
SUITE 400
Oklahoma City, OK 73134

```
OK HEALTH CARE ASSOCIATION
PO BOX 21228
Tulsa, OK 74121

OK STATE BOARD OF PHARMACY
2920 N LINCOLN BLVD, STE A
Oklahoma City, OK 73105

OK STATE DEPT OF HEALTH
ATTN FINANCIAL MGMT-RECEIPTING UNIT
PO BOX 268823
Oklahoma City, OK 73126-8816

OKLAHOMA BLOOD INSTITUTE
DEPT 96 0115
Oklahoma City, OK 73196-0115

OKLAHOMA DEPT OF LABOR
3017 N STILES SUITE 100
Oklahoma City, OK 73105

OKLAHOMA EMPLO SEC COMM
PO BOX 52925
Oklahoma City, OK 73152

OKLAHOMA HOSPITAL ASSOCIATION
DEPT 96 0298
Oklahoma City, OK 73196-0298

OKLAHOMA LITHOTRIPER
5401 N PORTLAND STE 240
Oklahoma City, OK 73112

Oklahoma Tax Commission
NEED ADDRESS

OLYMPUS AMERICA
PO BOX 120600
DEPT 0600
Dallas, TX 75312

OLYMPUS FINANCIAL SERVICE
PO BOX 200183
Pittsburgh, PA 15251-0183

OLYMPUS MEDICAL
5900 FIRST SO
Seattle, WA 98108

ORKIN PEST CONTROL
1401 SE 1ST STREET
Lawton, OK 73501
```

OXEN TECHNOLOGY
3019 AZALEA PARK BLVD
Muskogee, OK 74401

PARTS SOURCE
PO BOX 645186
Cincinnati, OH 45264

PENDERGRAPH SYSTEMS INC.
6916 E 12TH STREET
Tulsa, OK 74112

PHILIPS MEDICAL
PO BOX 100355
Atlanta, GA 30384

PITNEY BOWES INC
PO BOX 371896
Pittsburgh, PA 15250

POSTMASTER
409 E Court Street
Atoka, OK 74525

PREFERRED DATA
PO BOX 10597
Canoga Park, CA 91309

PRICE'S PRINTING
401 N THIRD AVE
Durant, OK 74701

PTR HEALTHCARE MANAGEMENT SOLUTIONS, LLC
261 WEST HWY 3
Atoka, OK 74525

PUBLIC SERVICE COMPANY OF OKLAHOMA
PO BOX 24421
Canton, OH 44701-4421

QUALITY RX CONSULTING
PO BOX 1184
Atoka, OK 74525

RITTER EXPRESS PHARMACY
PO BOX 870
Atoka, OK 74525

RMB INTERESTS
504 TEXAS STREET SUITE 200
Shreveport, LA 71101

ROGER HATRIDGE R&R ELECTRIC LLC
1702 N HATRIDGE RD
Kiowa, OK 74553

SECHRIST INDUSTRIES
4225 E LAPALMA AVE
Anaheim, CA 92807

SECURITY CHECK
PO BOX 14189
Oklahoma City, OK 73113

SHARPCO INC
PO BOX 267
Stringtown, OK 74569

SHAWN HELDEBRADT
8611 EAST 103RD STREET
Tulsa, OK 74133

SHRED IT
PO BOX 731238
Dallas, TX 75373-1238

SIEMENS FINANCIAL
PO BOX 2083
Carol Stream, IL 60132

SIMPLEX GRINNELL LP
DEPT CH 10320
Palatine, IL 60055-0320

SMITHWORKS MEDICAL
13626 FM 2710
Lindale, TX 75771

SOUTHERN OKLAHOMA
PO BOX 21341
Oklahoma City, OK 73156

STEELEHORSE ANESTHESIA
3026 PRESTONWOOD
Durant, OK 74701

STERICYCLE INC
PO BOX 6575
Carol Stream, IL 60197-6575

STRYKER INSTRUMENTS
PO BOX 70119
Chicago, IL 60673

STRYKER MEDICAL
PO BOX 93308
Chicago, IL 60673

SUPERIOR LINEN
6959 E 12TH STREET
Tulsa, OK 74112

SYSMEX AMERICA
28241 NETWORK PLANCE
Chicago, IL 60673

SYSTEMSLOGIC
5850 W 3RD ST #252
Los Angeles, CA 90036

T-SYSTEMS INC
4020 MCEWEN DRIVE
SUITE 200
Dallas, TX 75244

TED ROWLAND
603 NE 2ND
Antlers, OK 74523

THE PHONE SPECIALIST
24084 N CR 3387
Stratford, OK 74872

THOMPSON INFORMATION
PO BOX 41868
Austin, TX 78704

TOTAL MEDICAL
PO BOX 26243
Oklahoma City, OK 73126

TOUCHSTONE COMMUNICATIONS
PO BOX 27772
NEWARK, NJ 71017

TRANE US INC
PO BOX 845053
Dallas, TX 75284

TRANSAMERICA
PO BOX 8063
Little Rock, AR 72203

UMB Bank, N.A., Bond Indenture Trustee
204 N Robinson 2nd Floor
Oklahoma City, OK 73102-6803

UNIVERSAL HOSPITAL
PO BOX 86
Minneapolis, MN 55486

UNIVERSAL ROOFING
PO BOX 6650
MOORE, OK 73153

```
UPS
LOCKBOX 577
Carol Stream, IL 60132

US FOODSERVICE
PO BOX 973118
Dallas, TX 75397

USDA Rural Housing Service
Attn John Redman
128 W Ruth Avenue
Atoka, OK 74525

VISION SERVICE
PO BOX 45295
San Francisco, CA 94145

WERFEN USA LLC 00667
PO BOX 347934
Pittsburgh, PA 15251

WERFEN USA LLC 04036
PO BOX 347934
Pittsburgh, PA 15251

William W. Kannel
Mintz Levin
One Financial Center
Boston, MA 02110

WINDESTREAM 4307930
PO BOX 9001950
Louisville, KY 40290

WINDSTREAM 4368325
PO BOX 9001950
LOUISVILLE, KY 40290

WINDSTREAM 4382062
PO BOX 9001950
Louisville, KY 40290

WYRICK LUMBER
PO BOX 30
Atoka, OK 74525
```