UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

IN RE: )
  Atoka County Healthcare ) Case No. 17-80016 TRC
  Authority, ) Chapter 7
      Debtor. )

## MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT LEASE WITH CIT BANK, N.A.

COMES NOW CIT Bank, N.A., by and through its attorney of record, Roger D. Everett and moves that the Debtor, Atoka County Healthcare Authority either assume or reject the lease as to the GE HP60 Lightspeed 16-Slicer CT Scanner and the GE UPS System. Said lease was executed between the Debtor and First Financial Healthcare Solutions on May 16, 2016, as shown by a copy of the *Lease Agreement* attached hereto as Exhibit "A". Along with a copy of the *Sale of Receivables Agreement* between First Financial Healthcare Solutions and CIT Bank, N.A., entered into on June 17, 2016, attached hereto as Exhibit "B".

That the Debtor should either assume or reject said lease pursuant to 11 U.S.C., §362(h)(1)(A) and 11 U.S.C., §365(p).

WHEREFORE, CIT Bank, N.A., prays the Debtor either assumes or rejects said lease and for such other and further relief to which it is entitled.

DATED this __16th__ day of February, 2017.

                                _s/Roger D. Everett_
                                Roger D. Everett, OBA #2788
                                Everett, P.C.
                                508 W. Vandament, Suite 300
                                Yukon, Oklahoma 73099
                                (405) 350-0990 FAX (405)354-2834
                                Email: rdelaw@juno.com
                                Attorney for CIT Bank, N.A.