IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

ATOKA COUNTY HEALTHCARE AUTHORITY,

Debtor.

Case No. 17-80016
(Chapter 9)

# DEBTOR'S MOTION FOR AN ORDER APPROVING STIPULATION AUTHORIZING DEBTOR'S USE OF COLLATERAL AND GRANTING LIMITED STAY RELIEF AND ADEQUATE PROTECTION, WITH BRIEF

Atoka County Healthcare Authority ("Debtor"), moves this Court for an Order approving a Stipulation – entered among Debtor and UMB Bank, National Association as indenture trustee ("Bond Trustee") for the Debtor's Hospital Revenue Bonds, Series 2007 (the "Bonds") – permitting the Debtor's continued use of certain revenues in return for adequate protection. In support of this Motion, Debtor states as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

2. 11 U.S.C. §§ 105(a), 361, 506, 922, and 928 are the statutory predicates for the relief requested.

## BACKGROUND

3. Debtor filed its Chapter 9 voluntary petition on January 10, 2017.

*Debtor's Operations:*

4. The Debtor is a public trust that operates Atoka County Medical Center located in Atoka, Oklahoma (the "Hospital").

5. The Court previously determined that Debtor is a "health care business" as set forth under 11 U.S.C. § 101(27A), and ordered the appointment of a Patient Care Ombudsman at Debtor's request. (See, Doc. # 22).

*<u>Debtor's Bond Debt</u>:*

6. In addition to service-generated revenues (the "Service Revenues"), the Hospital receives funds from Atoka County under a $0.01 County sales tax (the "County Sales Tax").

7. The Debtor's senior debt obligations include the Bonds, proceeds of which were used to build and otherwise acquire the Hospital.

8. As of the Petition Date, the Debtor's obligations with respect to the Bonds (the "Bond Claim") include: (i) outstanding principal in the amount of $8,835,000; (ii) accrued and unpaid interest on the Bonds; and (iii) costs and expenses of the Bond Trustee, including costs and expenses of the Bond Trustee's counsel and other professionals, in each case determined in accordance with the Bond Documents, and as allowed under the Bankruptcy Code.

9. The Bond Documents list various assets as security for the Bonds, including (i) the real and personal property comprising the Hospital (the "Project Collateral"), and (ii) the Debtor's gross revenues and rights in a one-percent county sales tax (the "Special Revenues Collateral," and collectively with the Project Collateral, the "Bond Collateral").

- 2 -

Case 17-80016   Doc 41   Filed 03/01/17   Entered 03/01/17 11:49:07   Desc Main Document   Page 2 of 14

10. The Debtor continues to have an immediate and critical need to use the Bond Collateral to operate the Hospital in order to avoid irreparable harm to the Debtor and the community it serves.

11. The Debtor's continued use of the Bond Collateral is also in the best interest of creditors and parties in interest.

### *Debtor's Stipulation with the Bond Trustee:*

12. Debtor and the Bond Trustee have entered into a Stipulation Regarding Use of Collateral and Adequate Protection (the "Stipulation), a copy of which is attached hereto as **Exhibit A**.

13. Pursuant to this Stipulation, the Debtor is authorized to use Project Collateral for all ordinary and necessary expenditures within the meaning of 11 U.S.C. § 928(b). However, the Bond Trustee reserves the right to challenge the status of any expense as a "necessary operating expense," while the Debtor reserves the right to contest any such a challenge.

14. As consideration for the use of the Bond Collateral, Debtor will, without further application or order and subject to its need for necessary operating expenses, make adequate protection payments to the Bond Trustee of all interest, principal, and other expenses (including fees and expenses of the Bond Trustee's professionals) at the times, on the terms and in the amounts set forth in the Bond Documents, and as approved by the Bankruptcy Court. Debtor believes that given the Bond Trustee's consent to the use of its collateral in the terms of the Stipulation, making its normal monthly payments

- 3 -

under the Bond Documents, together with the other relief specified by the Stipulation, constitutes adequate protection.

15. As further adequate protection, the Bond Trustee shall have an administrative expense claim under §§ 922(c) and 503(b), to the extent that Bond Trustee has a claim arising from the stay of action against property.

16. The specified term of the Stipulation is 60 days from the date of the entry of an Order approving the Stipulation. However, the parties have agreed that the Stipulation may be continued, by either another definite time period, or indefinitely, as the parties may agree, through the filing of a "Joint Notice of Continuation".

17. The Stipulation also calls for the vacation and modification of the automatic stay imposed by virtue of Section 362 of the Bankruptcy Code for related purposes.

18. Lastly, the Stipulation expressly and fully reserves the arguments of the parties of any kind or nature, except the amount of the Bond Debt, without prejudice to their assertion and argument at a future date.

## **RELIEF REQUESTED**

19. By this Motion, the Debtor seeks entry of an Order approving the Stipulation.

20. Further, the Debtor requests that the Court's Order approving the Stipulation and vacate and modify the automatic stay imposed by virtue of Section 362 of the Bankruptcy Code, including insofar as necessary to permit the Bond Trustee to receive adequate protection payments from the Debtor related to the Bond debt.

- 4 -

21. Finally, the Debtor requests that the Court's Order approving the Stipulation also provide that the Stipulation may be continued, by either a definite time period or indefinitely as the parties may agree, by the filing of a "Notice of Continuation".

22. A proposed Order granting this Motion is attached as **Exhibit B**.

## BRIEF

23. 11 U.S.C. § 552 describes the effect bankruptcy on pre-petition secured liens. Generally, § 552 prevents pre-petition liens from attaching to post-petition property acquired by the estate or by the debtor.

24. 11 U.S.C. § 901 makes § 552 applicable to Chapter 9; however, § 522's applicability to "special revenues" - which are defined in § 902(2) - is severely curtailed by § 928, which states in full:

> **(a)** Notwithstanding section 552(a) of this title and subject to subsection (b) of this section, special revenues acquired by the debtor after the commencement of the case shall remain subject to any lien resulting from any security agreement entered into by the debtor before the commencement of the case.
>
> **(b)** Any such lien on special revenues, other than municipal betterment assessments, derived from a project or system shall be subject to the necessary operating expenses of such project or system, as the case may be.

25. The concept of providing adequate protection to creditors secured by "special revenues," is brought into Chapter 9 through § 922, as well as §901(a)'s inclusion of § 361.

26. Under the terms of the Stipulation, the Bond Trustee has consented to Debtor's ongoing use of the Project Collateral in return for the protections of §§ 361, 922, and 928, which are provided for in the Stipulation.

- 5 -

## CONCLUSION

In light of the above, the Debtor requests that the Court enter its Order approving the Stipulation, and awarding such further relief as the Court deems just and proper.

Respectfully Submitted,

/s/ Jeffrey E. Tate
J. Clay Christensen (OBA # 11789)
Jeffrey E. Tate (OBA #17150)
Christensen Law Group, P.L.L.C.
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma  73116
(405) 232-2020
(405) 236-1012 (facsimile)
clay@christensenlawgroup.com
jeffrey@christensenlawgroup.com

ATTORNEYS FOR DEBTOR

67362309v.2

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2017, I filed the foregoing pleading electronically through the CM/ECF System, and that a true and correct copy of the pleading was mailed via regular U.S. Mail, postage prepaid, to those on the attached creditor matrix.

/s/ Jeffrey E. Tate
Jeffrey E. Tate

Label Matrix for local noticing
1086-7
Case 17-80016
Eastern District of Oklahoma
Okmulgee
Fri Jan 20 10:09:26 CST 2017

ABILITY NETWORK
Dept CH 16577
Palatine, IL 60055-6577

ADVANCED CARE
1026 RADIO ROAD
Durant, OK 74701-2991

AIRSCAN TECH
PO BOX 1539
Springtown, TX 76082-1539

AL WITT & CO
5275 LAWRENCE 1225
Ash Grove, MO 65604-7280

ALIMED INC
PO BOX 9135
DEDHAM, MA 02027-9135

ALISA BERRYHILL
192244 N 413 RD
Antlers, OK 74523

ALLIANCE HEALTH
PO BOX 1207
Durant, OK 74702-1207

AMERICAN FUNDS
PO BOX 2560
Norfolk, VA 23501-2560

AMERIPATH
PO BOX 844810
Dallas, TX 75284-4810

AMN HEALTHCARE INC
FILE 56157
Los Angeles, CA 90074-0001

AMS SALES CORP
PO BOX 72476586
Philadelphia, PA 19170-0001

ANESTHESIA SERVICES INC
1821 N CLASSEN BLVD SUITE 100
Oklahoma City, OK 73106-6098

ANTLERS AMERICA
PO BOX 578
Antlers, OK 74523-0578

ARJOHUNTLEIGH
PO BOX 640799
Pittsburgh, PA 15264-0799

ARMSTRONG MEDICAL INDUSTRIES
PO BOX 700
Lincolnshire, IL 60069-0700

ASTORA WOMEN'S
PO BO 74008158
Chicago, IL 60674-8158

AT&T
PO BOX 5001
Carol Stream, IL 60197-5001

AT&T MOBILITY
PO BOX 6463
Carol Stream, IL 60197-6463

ATOKA COUNTY CHAMBER
PO BOX 778
Atoka, OK 74525-0778

ATOKA COUNTY EMS
1002 W LIBERTY ROAD STE
Atoka, OK 74525-1630

ATOKA COUNTY EXISE BOARD
200 EAST COURT STREET
Atoka, OK 74525-2056

ATOKA EMERGENCY
1201 E JACKSON
Hugo, OK 74743-4229

(c)ATOKA FUNERAL
1264 W LIBERTY RD
ATOKA OK  74525-1621

ATOKA MUNICIPAL
PO BOX 900
Atoka, OK 74525-0900

Atoka County Healthcare Authority
PO Box 1107
Atoka, OK 74525-6106

BALBOA CAPITAL
2010 MAIN STREET SUITE 1100
Irvine, CA 92614-8250

BARRACUDA NETWORK
DEPT LA 22762
Pasadena, CA 91185-0001

BAXTER HEALTHCARE CORPORATION
Care Of Greg A Metzer
1 South Broadway
Suite 100
Edmond, OK 73034-3772

BC GROUP INTER
3081 ELM POINT INDUSTRIAL DRIVE
Saint Charles, MO 63301-4333

| | | |
|---|---|---|
| BEALL BARCLAY<br>3101 S 70TH STREET<br>Fort Smith, AR 72903-5017 | BG MEDICAL<br>PO BOX 1861<br>Barrington, IL 60011-1861 | BIO RAD LABORATORIES INC CLINICAL DIAG<br>PO BOX 849740<br>Los Angeles, CA 90084-9740 |
| BIOAERIS/RICHM<br>3009 GLEN FLORA WAY<br>Fort Smith, AR 72908-9307 | BIZTEL<br>906 E WYANDOTTE<br>McAlester, OK 74501-5432 | BKD LLP<br>6120 S YALE AVE SUITE 1400<br>Tulsa, OK 74136-4223 |
| BLUE CROSS BLUE SHIELD<br>PO BOX 731428<br>Dallas, TX 75373-1428 | BROOKS GREASE<br>3104 N ERIE AVE<br>Tulsa, OK 74115-1900 | BRUMMITT AND ASSOCIATES INC<br>4418 MONTECELLO PLACE<br>Enid, OK 73703-1353 |
| CANON FINANCIAL<br>14904 COLLECTIONS CENTER DRIVE<br>Chicago, IL 60693-0149 | CARDINAL HEALTH MEDICAL<br>PO BOX 730112<br>Dallas, TX 75373-0112 | CAREFUSION<br>25146 NETWORK PLACE<br>Chicago, IL 60673-1250 |
| CENTERPOINT ENERGY SERVICES INC<br>PO BOX 4583<br>Houston, TX 77210-4583 | CENTURION MEDICAL<br>PO BOX 842816<br>BOSTON, MA 02284-2816 | CHEMENCE MEDICAL<br>185 BLUEGRASS VALLEY PARKWAY SUITE 100<br>Alpharetta, GA 30005-2222 |
| CHEMSEARCH<br>PO BOX 971269<br>Dallas, TX 75397-1269 | COBRA ONE<br>1350 SOUTH BOULDER SUITE 300<br>Tulsa, OK 74119-3222 | COMPLIANCE CONSULTANTS<br>67 EARNHARDT CIRCLE<br>Cabot, AR 72023-5047 |
| COOK MEDICAL INC<br>22988 NETWORK PLACE<br>Chicago, IL 60673-1229 | COOPER SURGICAL<br>PO BOX 712280<br>Cincinnati, OH 45271-2280 | COVIDIEN<br>PO BOX 120823<br>Dallas, TX 75312-0823 |
| CPP WOUND CARE<br>3445 N CAUSEWAY BLVD STE 600<br>Metairie, LA 70002-3762 | CPSI<br>6600 WALL STREET<br>Mobile, AL 36695-4512 | CR BARD INC<br>PO BOX 75767<br>Charlotte, NC 28275-0767 |
| CREST HEALTH CARE<br>PO BOX 727<br>Dassel, MN 55325-0727 | CROWE AND DUNLEVY<br>324 N ROBINSON AVE STE 100<br>Oklahoma City, OK 73102-6417 | CULLIGAN WATER<br>PO BOX 159<br>Ada, OK 74821-0159 |
| ~~Cheryl Tripplet~~<br>~~US Department of Justice~~<br>~~United States Attorney's Office~~<br>~~520 Denison Avenue~~<br>~~Muskogee, OK 74401-6007~~ | Mark A. Craige<br>Crowe & Dunlevy<br>500 Kennedy Building<br>321 S. Boston Avenue<br>Tulsa, OK 74103-3320 | DANWELL COMPANIES<br>PO BOX 5304<br>Durant, OK 74702-5304 |

| | | |
|---|---|---|
| DIAGNOSTIC LAB OF OKLAHOMA<br>225 NE 97th Street<br>Oklahoma City, OK 73114-6302 | DOCUCODERS LLC<br>72 BRIDGE WATER LANE<br>WATERSOUND, FL 32461-8501 | DRAGER MEDICAL<br>3135 QUARRY ROAD<br>Telford, PA 18969-1051 |
| DURANT ANESTHESIA ASSOC<br>PO BOX 5125<br>Durant, OK 74702-5125 | EAGLE EYE RADIOLOGY<br>PO BOX 71240<br>Philadelphia, PA 19176-6240 | ECOLAB<br>PO BOX 70343<br>Chicago, IL 60673-0343 |
| ELECTRONIC DICTATION OF TULSA INC<br>9717 E 42ND ST STE 142<br>Tulsa, OK 74146-3677 | ELITE SUPPLIES<br>PO BOX 17163<br>Anaheim, CA 92817-7163 | EMD MILLPORE CORP<br>25760 NETWORK PLACE<br>Chicago, IL 60673-1257 |
| EMERGENCY DEPARTMENT STAFFING<br>1535 NW 35TH STREET<br>Oklahoma City, OK 73118-3213 | ENDOCHOICE INC<br>11810 WILLIS RD SUITE 100<br>Alpharetta, GA 30009-2081 | ENVIRONMENTAL INDUSTRIES<br>PO BOX 1839<br>Lutherville Timonium, MD 21094 |
| FASTHEALTH CORPORATION<br>1001 23RD AVE SUITE C<br>Tuscaloosa, AL 35401-2356 | FED EX FREIGHT<br>3965 Airways Module G<br>Memphis, TN 38116 | FEDERAL EXPRESS<br>PO BOX 94515<br>Palatine, IL 60094-4515 |
| FIRST BANK<br>PO BOX 458<br>Antlers, OK 74523-0458 | FIRST CALL OF TULSA<br>LOCK BOX #1 PO BOX 1857<br>Owasso, OK 74055-5136 | FIRST INSURANCE<br>PO BOX 458<br>Antlers, OK 74523-0458 |
| FISHER HEALTHCARE<br>PO BOX 404705<br>Atlanta, GA 30384-4000 | FIVE STAR OFFICE SUPPLY<br>127 W MAIN ST<br>Durant, OK 74701-5007 | FLUKE ELECTRONICS<br>13725 SE KARL BRAUN DR BLDG 19<br>Beaverton, OR 97077-0001 |
| GE HEALTHCARE<br>2984 COLLECTIONS CENTER DR<br>Chicago, IL 60693-0029 | HEALTHCARE LOGISTICS<br>PO BOX 400<br>Circleville, OH 43113-0400 | HEARTLAND PATHOLOGY CONSULTANT<br>PO BOX 26343<br>Oklahoma City, OK 73126-0343 |
| HERITAGE MEDICAL<br>213 N OAK AVE<br>Broken Arrow, OK 74012-8354 | HMS HEALTH LLC<br>740 SPIRIT 40 PARK DRIVE<br>Chesterfield, MO 63005-1122 | HOLOGIC INC<br>24506 NETWORK PLACE<br>Chicago, IL 60673-1245 |
| HOSPITAL EQUIPMENT RENTAL<br>21900 E 96TH STREET<br>Broken Arrow, OK 74014-5903 | HRDIRECT GNEIL<br>PO BOX 451179<br>Fort Lauderdale, FL 33345-1179 | ~~Ian A. Hammel~~<br>~~Mintz Levin Cohn Ferris Glovsky et al~~<br>~~One Financial Center~~<br>~~Boston, MA 02111-2657~~ |

IMEDICAL INC
1221 SE BROADWAY SUITE E
Lees Summit, MO 64081-4604

IMMUCOR INC
PO BOX 102118
Atlanta, GA 30368-2118

INDUSTRIAL CHEM LAB
55 BROOK AVE SUITE G
Deer Park, NY 11729-7200

~~Ian A. Hammel~~
~~Mintz Levin~~
~~One Financial Center~~
~~Boston, MA 02111-2657~~

Internal Revenue Service
55 N. Robinson Stop 5024
Oklahoma City, OK 73102-9229

Internal Revenue Service
POB 7346
Philadelphia PA 19101-7346

JEFCO LLC
PO BOX 153
Atoka, OK 74525-0153

JOHNSON & JOHNSON HEALTH CARE SYSTEMS
5972 COLLECTIONS CTR DR
Chicago, IL 60693-0059

James Vogt
101 Park Avenue
Suite 1010
Oklahoma City, OK 73102-7251

Jason McCart
2200 First National Center
120 N Robinson
Oklahoma City, OK 73102-7893

KCI ACELITY
PO BOX 301557
Dallas, TX 75303-1557

KELLOGG & SOVEREIGN CONSULTING
1101 STADIUM DRIVE
Ada, OK 74820-8459

~~William W. Kannel~~
~~Mintz Levin Cohn Ferris Glovsky et al~~
~~One Financial Center~~
~~Boston, MA 02111-2657~~

LABCORP
PO BOX 12140
Burlington, NC 27216-2140

(p)LABSCO
1951 BISHOP LANE STE 300
LOUISVILLE KY 40218-1950

(c)LAKE COUNTRY MEDICAL
744 S MISSISSIPPI AVE STE A
ATOKA OK  74525-3356

LANAK & HANNA
625 THE CITY DRIVE SOUTH SUITE 190
Orange, CA 92868-4983

LANDIS ARN AND
222 SAINT JOHN ST SUITE 321
PORTLAND, ME 04102-3084

LEGACY THERAPY
193208 N 4120 RD
Antlers, OK 74523-1037

LW SCIENTIFIC CORPORATION
865 MARATHON PARKWAY
Lawrenceville, GA 30046-2857

Lee Howard
501 Shelley Drive
Suite 300
Tyler, TX 75701-9553

MAC SYSTEMS
PO BOX 27665
Tulsa, OK 74149-0665

MATHESON TRI-GAS
PO BOX 123028
Dallas, TX 75312-3028

MCALESTER REGIONAL
1 CLARK BASS BLVD
McAlester, OK 74501-4255

MEDICAL WASTE
11995 HWY 62 E
Harrison, AR 72601-8313

MEDICARE
Novitas Solutions
Attn Appeals Departmen
PO Box 3114
Mechanicsburg, PA 17055-1829

MEDICUS HEALTHCARE
22 ROULSTON ROAD
WINDHAM, NH 03087-1209

MEDISCRIBES INC
12806 TOWNEPARK WAY
Louisville, KY 40243-2311

MEDIVATORS INC
14605 28TH AVENUE NORTH
Minneapolis, MN 55447-4822

(p)MEDLINE INDUSTRIES INC
ATTN ANNE KISHA
ONE MEDLINE PL
MUNDELEIN IL 60060-4486

| | | |
|---|---|---|
| MEDSERVICE REPAIR<br>1234 ALLANSON ROAD<br>Mundelein, IL 60060-3808 | MEDTRONIC USA<br>PO BOX 848086<br>Dallas, TX 75284-8086 | MERRY X-RAY<br>4444 VIEWRIDGE AVENUE<br>SUITE A<br>San Diego, CA 92123-1670 |
| METROPOLITAN LIFE<br>13045 TESSON FERRY ROAD<br>Saint Louis, MO 63128-3407 | METTEL<br>PO BOX 1056<br>New York, NY 10268-1056 | METZER & AUSTIN<br>1 SOUTH BROADWAY<br>SUITE 100<br>Edmond, OK 73034-3701 |
| MID-CONTINENTAL<br>1706 DELIVERY LANE<br>Durant, OK 74701-2292 | MIDWEST BUS SALES<br>313 EAST FRONT STREET<br>Bonner Springs, KS 66012-1008 | MILLER OFFICE EQUIPMENT<br>900 E WYANDOTTE<br>McAlester, OK 74501-5432 |
| MOBILITY PLUS<br>1601 N Main<br>Muskogee, OK 74401-4451 | NATIONAL RESEARCH CORP<br>PO BOX 809030<br>Chicago, IL 60680-9030 | NEOTRACT INC<br>4473 WILLOW ROAD SUITE 100<br>Pleasanton, CA 94588-8570 |
| NETWORK SERVICES COMPANY<br>LOCKBOX 231805<br>1805 MOMENTUM PLACE<br>Chicago, IL 60689-5318 | NOVITAS SOLUTIONS<br>PO BOX 3114<br>Mechanicsburg, PA 17055-1829 | NUMED INC<br>PO BOX 1098<br>Denton, TX 76202-1098 |
| O'REILLY AUTO PARTS<br>P.O. Box 9464<br>Springfield, MO 65801-9464 | OFFICE EQUIPMENT CENTER<br>PO BOX 1246<br>Paris, TX 75461-1246 | OK EMPLOYMENT SECURITY COMMISSION<br>PO BOX 52004<br>Oklahoma City, OK 73152-2004 |
| OK FOUNDATION<br>14000 QUAIL SPRINGS PKWY<br>SUITE 400<br>Oklahoma City, OK 73134-2627 | OK HEALTH CARE ASSOCIATION<br>PO BOX 21228<br>Tulsa, OK 74121-1228 | OK STATE BOARD OF PHARMACY<br>2920 N LINCOLN BLVD, STE A<br>Oklahoma City, OK 73105-4212 |
| OK STATE DEPT OF HEALTH<br>ATTN FINANCIAL MGMT-RECEIPTING UNIT<br>PO BOX 268823<br>Oklahoma City, OK 73126-8823 | OKLAHOMA BLOOD INSTITUTE<br>DEPT 96 0115<br>Oklahoma City, OK 73196-0115 | OKLAHOMA DEPT OF LABOR<br>3017 N STILES SUITE 100<br>Oklahoma City, OK 73105-5298 |
| OKLAHOMA EMPLO SEC COMM<br>PO BOX 52925<br>Oklahoma City, OK 73152-2007 | OKLAHOMA HOSPITAL ASSOCIATION<br>DEPT 96 0298<br>Oklahoma City, OK 73196-0298 | OKLAHOMA LITHOTRIPER<br>5401 N PORTLAND STE 240<br>Oklahoma City, OK 73112-2082 |
| OLYMPUS AMERICA<br>PO BOX 120600<br>DEPT 0600<br>Dallas, TX 75312-0600 | OLYMPUS FINANCIAL SERVICE<br>PO BOX 200183<br>Pittsburgh, PA 15251-0183 | OLYMPUS MEDICAL<br>5900 FIRST SO<br>Seattle, WA 98108-3249 |

| | | |
|---|---|---|
| ORKIN PEST CONTROL<br>1401 SE 1ST STREET<br>Lawton, OK 73501-5733 | OXEN TECHNOLOGY<br>3019 AZALEA PARK BLVD<br>Muskogee, OK 74401-2285 | Office of the United States Trustee<br>Office of the Assistant U.S. Trustee<br>224 S Boulder Ste 225<br>Tulsa, OK 74103-3026 |
| Oklahoma Employment Security Commission<br>Robert C. Newark, III, Attorney<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Tax Commission<br>Legal Division - Bankruptcy Section<br>120 N Robinson Suite 2000 W<br>Oklahoma City OK 73102-7471 | PARTS SOURCE<br>PO BOX 645186<br>Cincinnati, OH 45264-2310 |
| PENDERGRAPH SYSTEMS INC.<br>6916 E 12TH STREET<br>Tulsa, OK 74112-5604 | PHILIPS MEDICAL<br>PO BOX 100355<br>Atlanta, GA 30384-0355 | PITNEY BOWES INC<br>PO BOX 371896<br>Pittsburgh, PA 15250-7896 |
| POSTMASTER<br>409 E Court Street<br>Atoka, OK 74525-9998 | PREFERRED DATA<br>PO BOX 10597<br>Canoga Park, CA 91309-1597 | PRICE'S PRINTING<br>401 N THIRD AVE<br>Durant, OK 74701-4117 |
| PTR HEALTHCARE MANAGEMENT SOLUTIONS, LLC<br>261 WEST HWY 3<br>Atoka, OK 74525-1678 | PUBLIC SERVICE COMPANY OF OKLAHOMA<br>PO BOX 24421<br>Canton, OH 44701-4421 | QUALITY RX CONSULTING<br>PO BOX 1184<br>Atoka, OK 74525-6158 |
| RITTER EXPRESS PHARMACY<br>PO BOX 870<br>Atoka, OK 74525-0870 | RMB INTERESTS<br>504 TEXAS STREET SUITE 200<br>Shreveport, LA 71101-3526 | ROGER HATRIDGE R&R ELECTRIC LLC<br>1702 N HATRIDGE RD<br>Kiowa, OK 74553-3003 |
| SECHRIST INDUSTRIES<br>4225 E LAPALMA AVE<br>Anaheim, CA 92807-1844 | SECURITY CHECK<br>PO BOX 14189<br>Oklahoma City, OK 73113-0189 | SHARPCO INC<br>PO BOX 267<br>Stringtown, OK 74569-0267 |
| SHAWN HELDEBRADT<br>8611 EAST 103RD STREET<br>Tulsa, OK 74133-6983 | SHRED IT<br>PO BOX 731238<br>Dallas, TX 75373-1238 | SIEMENS FINANCIAL<br>PO BOX 2083<br>Carol Stream, IL 60132-2083 |
| SIMPLEX GRINNELL LP<br>DEPT CH 10320<br>Palatine, IL 60055-0320 | SMITHWORKS MEDICAL<br>13626 FM 2710<br>Lindale, TX 75771-6371 | SOUTHERN OKLAHOMA<br>PO BOX 21341<br>Oklahoma City, OK 73156-1341 |
| STEELEHORSE ANESTHESIA<br>3026 PRESTONWOOD<br>Durant, OK 74701-2555 | STERICYCLE INC<br>PO BOX 6575<br>Carol Stream, IL 60197-6575 | STRYKER INSTRUMENTS<br>PO BOX 70119<br>Chicago, IL 60673-0119 |

| | | |
|---|---|---|
| STRYKER MEDICAL<br>PO BOX 93308<br>Chicago, IL 60673-3308 | SUPERIOR LINEN<br>6959 E 12TH STREET<br>Tulsa, OK 74112-5605 | SYSMEX AMERICA<br>28241 NETWORK PLANCE<br>Chicago, IL 60673-1282 |
| SYSTEMSLOGIC<br>5850 W 3RD ST #252<br>Los Angeles, CA 90036-5143 | T-SYSTEMS INC<br>4020 MCEWEN DRIVE<br>SUITE 200<br>Dallas, TX 75244-4900 | TED ROWLAND<br>603 NE 2ND<br>Antlers, OK 74523-2636 |
| THE PHONE SPECIALIST<br>24084 N CR 3387<br>Stratford, OK 74872-2001 | THOMPSON INFORMATION<br>PO BOX 41868<br>Austin, TX 78704-0032 | TOTAL MEDICAL<br>PO BOX 26243<br>Oklahoma City, OK 73126-0243 |
| TOUCHSTONE COMMUNICATIONS<br>PO BOX 27772<br>NEWARK, NJ 07101-7772 | TRANE US INC<br>PO BOX 845053<br>Dallas, TX 75284-5053 | TRANSAMERICA<br>PO BOX 8063<br>Little Rock, AR 72203-8063 |
| ~~Jeffrey E. Tate~~<br>~~Christensen Law Group~~<br>~~3401 N.W. 63rd Street~~<br>~~Suite 600~~<br>~~Oklahoma City, OK 73116-3796~~ | ~~Cheryl R. Triplett~~<br>~~Assistant United States Attorney~~<br>~~520 Denison Avenue~~<br>~~Muskogee, OK 74401-6007~~ | ~~UMB Bank, N.A., Bond Indenture Trustee~~<br>~~204 N Robinson 2nd Floor~~<br>~~Oklahoma City, OK 73102-7001~~ |
| UNIVERSAL HOSPITAL<br>PO BOX 86<br>Minneapolis, MN 55486-0086 | UNIVERSAL ROOFING<br>PO BOX 6650<br>MOORE, OK 73153-0650 | UPS<br>LOCKBOX 577<br>Carol Stream, IL 60132-0577 |
| US FOODSERVICE<br>PO BOX 973118<br>Dallas, TX 75397-3118 | US Security and Exchange Commission<br>175 W. Jackson Boulevard<br>Chicago, IL 60604-2815 | USDA CAC<br>POB 66879<br>St Louis MO 63166-6879 |
| USDA Rural Housing Service<br>Attn John Redman<br>128 W Ruth Avenue<br>Atoka, OK 74525-4002 | VISION SERVICE<br>PO BOX 45295<br>San Francisco, CA 94145-0295 | WERFEN USA LLC 00667<br>PO BOX 347934<br>Pittsburgh, PA 15251-4934 |
| WERFEN USA LLC 04036<br>PO BOX 347934<br>Pittsburgh, PA 15251-4934 | WINDESTREAM 4307930<br>PO BOX 9001950<br>Louisville, KY 40290-1950 | WINDSTREAM 4368325<br>PO BOX 9001950<br>LOUISVILLE, KY 40290-1950 |
| WINDSTREAM 4382062<br>PO BOX 9001950<br>Louisville, KY 40290-1950 | WYRICK LUMBER<br>PO BOX 30<br>Atoka, OK 74525-0030 | ~~William W. Kannel~~<br>~~Mintz Levin~~<br>~~One Financial Center~~<br>~~Boston, MA 02111-2657~~ |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

~~LABORATORY SUPPLY CO~~
~~1951 BISHOP LANE~~
~~SUITE 300~~
~~Louisville, KY 40218~~

~~MEDLINE INDUSTRIES~~
~~DEPT 1080~~
~~PO BOX 121080~~
~~Dallas, TX 75312-1080~~


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

~~ATOKA FUNERAL~~
~~1000 WEST LIBERTY ROAD~~
~~Atoka, OK 74525~~

~~LAKE COUNTRY MEDICAL~~
~~702 S MISSISSIPPI~~
~~Atoka, OK 74525~~


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Oklahoma Tax Commission NEED ADDRESS

(u)UMB Bank, National Association, solely as

(u)UMB Bank, solely as indenture trustee for


(u)United States ex rel Rural Housing Service

End of Label Matrix
Mailable recipients   209
Bypassed recipients     4
Total                 213