Local Form 20A

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: ATOKA COUNTY HEALTHCARE AUTHORITY | ) | |
| | ) | Case No. 17-80016 |
| Debtor. | ) | Chapter 9 |

## SECOND AMENDED NOTICE OF MOTION
## NOTICE OF DEADLINE TO FILE OBJECTION TO MOTION
## AND NOTICE OF HEARING IF OBJECTION IS FILED

Kenneth Cannon and Sharon Cannon as Co-Guardians of A.T., a minor, and as Co-Administrators of the Estate of Lucas Lee Crum a/k/a Thomas, deceased (the "Cannons") have filed the following Motion with the court:

Interested Parties' Amended Motion for Relief from Automatic Stay

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the above referenced motion, or if you want the court to consider your views on the motion and your objection, then on or before

**April 4, 2017**

you or your attorney must:

File with the court a written objection explaining your position at:

**United States Bankruptcy Court**
**P.O. Box 1347**
**Okmulgee, OK 74447**

You must also mail a copy to the name and address listed at the bottom of this Notice unless they are served by electronic notice and,

attend the hearing scheduled to be held on April 19, 2017 at 9:00 a.m. **[in the U.S. Bankruptcy Courtroom 215, 4th and Grand Streets, Okmulgee, Oklahoma]**, if you file an Objection.

**IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT WILL DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION, WILL ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION and**

Local Form 20A

**WILL STRIKE THE ABOVE-SCHEUDLING HEARING WITHOUT FURTHER NOTICE.**

Dated: March 21, 2017 /s/ Elaina M. Osteen
Elaina M. Osteen, OBA #22254
Rachel E. Gusman, OBA #22161
GRAVES MCLAIN
4137 S. Harvard Ave., Suite F
Tulsa, Oklahoma 74135
918-359-6600 Telephone
918-359-6606 Facsimile
Rachel@gravesmclain.com

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

In Re: ATOKA COUNTY HEALTHCARE AUTHORITY )
                                                                           )      **Case No. 17-80016**
                                 Debtor.                        )      **Chapter 9**

## CERTIFICATE OF MAILING

       Elaina M. Osteen, does hereby certify that on <u>March 21, 2017</u>, true and correct copies of the Motion for Relief from Automatic Stay and Notice Motion, Notice of Deadline to File Objection to Motion, and Notice of Hearing if Objection is Filed were mailed with proper postage prepaid to the interested parties listed below and in the manner set forth.

First Class Mail:

       W. Michael Hill
       Tara Perkins
       SECREST HILL BUTLER & SECREST
       7134 South Yale Ave., Ste. 900
       Tulsa, OK 74136-6360

           ATTORNEYS FOR ATOKA COUNTY HEALTH CARE AUTHORITY

       Gary Rife
       Nicole Wilson
       RIFE WALTERS STANLEY & NATARAJAN, LLP
       1017 NW 6th St.
       Oklahoma City, OK 73106-7202

           ATTORNEYS FOR ANDREW HOELSCHER, MD

                                                                     /s/ Elaina M. Osteen
                                                                     Elaina M. Osteen, OBA #22254
                                                                     Rachel E. Gusman, OBA #22161
                                                                     GRAVES MCLAIN
                                                                     4137 S. Harvard Ave., Suite F
                                                                     Tulsa, Oklahoma 74135
                                                                     918-359-6600 Telephone
                                                                     918-359-6606 Facsimile
                                                                     Rachel@gravesmclain.com
                                                                     Elaina@gravesmclain.com