# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

In re: )
)
**ATOKA COUNTY HEALTHCARE AUTHORITY,** )  Case No.17-80016
)  Chapter 9
Debtor. )

## PATIENT CARE OMBUDSMAN REPORT

Deborah Burian, the duly appointed patient care ombudsman, pursuant to 11 U.S.C. § 333(b)(2) files hereby her first periodic report, for the period January 27, 2017 to March 26, 2017.

/s/ Mark B. Toffoli
Mark B. Toffoli  OBA # 9045

ANDREWS DAVIS, P.C.
100 North Broadway, Suite 3300
Oklahoma City, Oklahoma 73102
TELEPHONE: (405) 272-9241
TELEFACSIMILE: (405) 235-8786
EMAIL: mtoffoli@andrewsdavis.com

ATTORNEYS FOR
DEBORAH BURIAN

**Patient Care Ombudsman's Initial Report in re: Atoka County Medical Center**

**Case 17-80016**

COMES NOW, Deborah Burian, Patient Care Ombudsman ("Ombudsman") and pursuant to 11 U.S.C. 333, submits her initial report.

Factual Background

1) On the 27th day of January, 2017, the United States Trustee for the Eastern District of Oklahoma appointed Deborah Burian as Patient Care Ombudsman in the case of Atoka County Healthcare Authority, referred to herein as Atoka County Medical Center.

2) This is the Ombudsman's initial report and includes the reporting period from January 27, 2017 to March 26, 2017.

Report of Activity

3) During the period of this initial report, Ombudsman has met with leadership and subsequently conducted a site visit to Atoka County Medical Center. During the site visit Ombudsman interviewed staff, patients, physicians and family members. Ombudsman observed hospital operations and discussed observations with hospital management. Patient Care Ombudsman notice was provided and was posted within the facility.

4) Prior to, and subsequent to, site visit, Ombudsman communicated with hospital staff via telephone and email to receive and exchange information as needed to answer questions regarding functioning of the hospital.

5) The facility is observed to be taking active steps to minimize the impact of the bankruptcy filing on the operations of the hospital. Vendor relationships are in place to ensure that goods and services are available as needed.

6) Ombudsman has received excellent follow up and response from administrative staff during the reporting period.

Recommendations for Future Site Visits

7) During the next reporting period, Ombudsman anticipates conducting a site visit to provide ongoing monitoring and support. Ombudsman will additionally respond to any phone calls or concerns as needed.

Wherefore, Ombudsman, Deborah Burian prays the Court accept and approve this 60 day report of Deborah Burian and for such other relief as the Court deems just and appropriate.

Respectfully submitted,

Deborah Burian
2125 NW 28th St.
Oklahoma City, OK  73107
(405) 623-0778