IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

| In re: | |
|---|---|
| ATOKA COUNTY HEALTHCARE AUTHORITY,<br><br>Debtor. | Case No. 17-80016<br>Chapter 9 |

**JOINT NOTICE OF CONTINUATION OF STIPULATION
AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL
AND GRANTING LIMITED STAY RELIEF AND ADEQUATE PROTECTION**

Atoka County Healthcare Authority (the "Debtor") and UMB Bank, National Association, not individually but as indenture trustee (the "Bond Trustee") with respect to the Debtor's Hospital Revenue Bonds, Series 2007 hereby provide joint notice of continuation of the *Stipulation Authorizing Debtor's Use of Cash Collateral and Granting Limited Stay Relief and Adequate Protection* [related to Dkt. #49].

1. On March 16, 2017, the Court entered its *Order Granting Debtor's Motion for an Order Approving Stipulation Authorizing Debtor's Use of Cash Collateral and Granting Limited Stay Relief and Adequate Protection* (the "Order") [Dkt. 49].

2. The Order provides that the term of the Stipulation may be continued either by a definite time period or indefinitely as the parties may agree, by the filing of a Joint Notice of Continuation.

3. The parties hereby provide the Court with this Joint Notice of Continuation, whereby the parties have agreed that the Stipulation and all terms and agreements therein are hereby extended through April 30, 2018.

Dated: October 30, 2017

| | |
|---|---|
| /s/ Jeffrey E. Tate | /s/ Ian A. Hammel |
| J. Clay Christensen (OBA # 11789) | William W. Kannel (*admitted pro hac vice*) |
| Jeffrey E. Tate (OBA # 17150) | Ian A. Hammel (*admitted pro hac vice*) |
| CHRISTENSEN LAW GROUP, P.L.L.C. | MINTZ, LEVIN, COHN, FERRIS, |
| The Parkway Building |     GLOVSKY AND POPEO, P.C. |
| 3401 N.W. 63rd Street, Suite 600 | One Financial Center |
| Oklahoma City, Oklahoma  73116 | Boston, Massachusetts  02111 |
| Tel: (405) 232-2020 | Tel: (617) 542-6000 |
| Fax: (405) 236-1012 | Fax: (617) 542-2241 |
| clay@christensenlawgroup.com | WKannel@mintz.com |
| jeffrey@christensenlawgroup.com | IAHammel@mintz.com |

***ATTORNEYS FOR THE DEBTOR***

/s/ Mark A. Craige
Mark A. Craige (OBA #1992)
CROWE & DUNLEVY, P.C.
500 Kennedy Building
321 South Boston Avenue
Tulsa, Oklahoma  74103
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
mark.craige@crowedunlevy.com

***ATTORNEYS FOR UMB BANK,***
***NATIONAL ASSOCIATION,***
***SOLELY AS INDENTURE TRUSTEE***