UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 17−80016**
**Chapter: 9**

**FILED**
May 8, 2019
Therese Buthod, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  Atoka County Healthcare Authority
  PO Box 1107
  Atoka, OK 74525

Social Security No.:

Employer's Tax I.D. No.:
  73−6264482

MINUTE ENTRY: Telephonic Status Conference held 5/8/19 at 8:30 a.m. Appearances: Jeffrey Tate on behalf of the Debtor, Jim Slayton on behalf of the Debtor, Cheryl Triplett on behalf of Rural Housing Services. Telephonic Status Conference to be held on 8/7/2019 at 08:30 AM. The conference call−in number is 888−684−8852; access code is 8488521; security code (if requested) is 1347. (Corley, Cheryl)

Dated: May 8, 2019

**Therese Buthod, Clerk**
**U.S. Bankruptcy Court**