## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

ATOKA COUNTY HEALTHCARE AUTHORITY,

Debtor.

Case No. 17-80016
Chapter 9

## JOINT NOTICE OF CONTINUATION OF STIPULATION AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL AND GRANTING LIMITED STAY RELIEF AND ADEQUATE PROTECTION

Atoka County Healthcare Authority (the "Debtor") and UMB Bank, National Association, not individually but as indenture trustee (the "Bond Trustee") with respect to the Debtor's Hospital Revenue Bonds, Series 2007 hereby provide joint notice of continuation of the *Stipulation Authorizing Debtor's use of Cash Collateral and Granting Limited Stay Relief and Adequate Protection* [related to Dkt. #49] (the "Stipulation").

1.      On March 16, 2017, the Court entered its *Order Granting Debtor's Motion for an Order Approving Stipulation Authorizing Debtor's Use of Cash Collateral and Granting Limited Stay Relief and Adequate Protection* (the "Order") [Dkt. 49].

2.      The Order provides that the term of the Stipulation may be continued either by a definite time period or indefinitely as the parties may agree, by the filing of a 'Joint Notice of Continuation.

3.      By notices filed in these proceedings, the Debtor and Bond Trustee previously continued the terms of the Stipulation, most recently through July 1, 2020.

4.      The parties hereby provide the Court with this Joint Notice of Continuation, whereby the parties have agreed that the Stipulation and all terms and agreements therein are hereby extended through January 1, 2021.


Dated: April 21, 2020


/s/ Jeffrey E. Tate
J. Clay Christensen (OBA # 11789)
Jeffrey E. Tate (OBA # 17150)
CHRISTENSEN LAW GROUP, P.L.L.C.
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma  73116
Tel: (405) 232-2020
Fax: (405) 236-1012
clay@christensenlawgroup.com
jeffrey@christensenlawgroup.com

**ATTORNEYS FOR THE DEBTOR**

/s/ Ian A. Hammel
William W. Kannel (*admitted pro hac vice*)
Ian A. Hammel (*admitted pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
        GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts  02111
Tel: (617) 542-6000
Fax: (617) 542-2241
WKannel@mintz.com
IAHammel@mintz.com

/s/ Mark A. Craige
Mark A. Craige (OBA #1992)
CROWE & DUNLEVY, P.C.
500 Kennedy Building
321 South Boston Avenue
Tulsa, Oklahoma  74103
Tel: (918) 592-9800
Fax: (918) 592-9801
mark.craige@crowedunlevy.com

**ATTORNEYS FOR UMB BANK,
NATIONAL ASSOCIATION,
SOLELY AS INDENTURE TRUSTEE**