Local Form 420E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

ATOKA COUNTY HEALTHCARE AUTHORITY,    )     Case No. 17-80016
                                      )     Chapter 9
                                      )
    Debtor(s).

NOTICE OF APPLICATION FOR COMPENSATION
NOTICE OF DEADLINE TO FILE OBJECTION TO APPLICATION AND
AND NOTICE OF POSSIBLE HEARING

 Deborah Burian, the Patient Care Ombudsman,                                            has filed the
following Application with the court:    **(Set forth the name of each applicant)**

 Requesting approval of compensation of $4,270.00, and reimbursement of expenses of $856.40
                          **(Set forth the amount for each applicant)**

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the above referenced Application, or if you want the court to consider your views on the Application and your objection, then on or before September 10, 2020 you or your attorney must:

File with the court a written objection explaining your position. If you mail your Objection to the court, you must mail it early enough so that the court will receive it on or before the date stated above. Mail to:

**United States Bankruptcy Court
P. O. Box 1888
Muskogee, OK 74402**

You must also mail a copy of the objection to the name and address listed at the bottom of this Notice, unless they are served by electronic notice and, attend the telephonic hearing scheduled to be held on **October 7, 2020 at 9:00 a.m. as follows: Call-in Number 888.684.8852; Access Code 8488521; Security Code 1347 (this is not always required). Once connected, please mute your telephone until the Judge calls your case.**

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT WILL DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATION, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE APPLICATION AND MAY STRIKE THE ABOVE-SCHEDULED HEARING WITHOUT FURTHER NOTICE.

ALL APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES ARE SUBJECT TO HEARING AFTER REVIEW BY THE COURT. IF AN ORDER APPROVING FEES AND EXPENSES IS NOT ENTERED PRIOR TO THE HEARING, THE APPLICANT SHOULD ATTEND THE HEARING AND BE PREPARED TO PRESENT LEGAL ARGUMENT.

/s/ Mark B. Toffoli
Mark B. Toffoli   OBA # 9045

ANDREWS DAVIS
A PROFESSIONAL CORPORATION
100 North Broadway, Suite 3300
Oklahoma City, Oklahoma  73102
TELEPHONE: (405) 272-9241
TELEFACSIMILE: (405) 235-8786

Local Form 420E

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

ATOKA COUNTY HEALTHCARE AUTHORITY, )  Case No. 17-80016
                                                                            )  Chapter 9

      Debtor(s).

## CERTIFICATE OF MAILING

      Mark B. Toffoli, does hereby certify that on August 28, 2020 true and correct copies of the **Application** **Notice of Application for Compensation with Opportunity for Objections and Hearing** were served to interested parties by electronic service as shown on the court's notice of electronic service with the exception of the parties listed below who were served by first class mail with proper postage prepaid:

First Class Mail:

Attached as Exhibit "A" to the original hereof filed with the court




(For additional parties attach an additional page)

                                                                    S/ Mark B. Toffoli
                                                                    Attorney Signature

JASON MCCART
101 PARK AVENUE
SUITE 1010
OKLAHOMA CITY OK 73102

OKLAHOMA TAX COMMISSION
ATTN SEAN R MCFARLAND
100 N BROADWAY
SUITE 1500
OKLAHOMA CITY OK 73012

CARE LEARNING
ATTN KATIE BLACKWELL
101 STOCKTON STREET
CHARLESTON WV 25387

SHRED IT
81 WALSH DRIVE
PARSIPPANY NJ 07054

FIVE STAR OFFICE SUPPLY
1104 W BROADWAY
MUSKOGEE OK 74401

ASTORA WOMENS HEALTH
ATTN ACCOUNTS PAYABLE
PO BOX 455
DEVAULT PA 19432

NETWORK SERVICES COMPANY
1100 WOODFIELD RD #200
SCHAUMBURG IL 60173

SHARPCO INC
REGISTERED AGENT CURTIS SHARP
873 E HIGHWAY 42
STRINGTOWN OK 74569

SHAWN HELDEBRADT
5130 OAK TIMBER DRIVE
TULSA OKLAHOMA 74131

WELLS FARGO FINANCIAL LEASING
800 WALNUT STREET
DES MOINES IA 50309



EXHIBIT A

MATHESON TRI-GAS, INC.
909 LAKE CAROLYN PARKWAY
SUITE 1300
IRVING, TEXAS 75038