**Dated: September 15, 2020**

**The following is ORDERED:**



_____
TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-80016 |
| **ATOKA COUNTY HEALTHCARE AUTHORITY,** ) | Chapter 9 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING SIXTH APPLICATION FOR APPROVAL AND ALLOWANCE
OF INTERIM COMPENSATION FOR SERVICES AND REIMBURSEMENT FOR
<u>EXPENSES OF PATIENT CARE OMBUDSMAN</u>**

There comes on for consideration the application of Deborah Burian, the duly appointed patient care ombudsman (the "PCO") in the above styled and numbered bankruptcy proceeding and applicant herein, requesting this Court approve her fourth interim application and allowance of compensation for her services and reimbursement for her expenses for the time period January 1, 2020 to June 30, 2020, pursuant to 11 U.S.C. §§330 and 331. The following findings of fact are based upon representation of counsel:

1. The PCO, on August 27, 2020, filed the *Sixth Application for Approval and Allowance of Interim Compensation for Services and Reimbursement for Expenses of Patient Care Ombudsman* [DOC: 192]*, and Notice of Application for Compensation Notice of Deadline to File Objection to Application and Notice of Possible Hearing* [DOC: 193] (collectively, the "Application") requesting pursuant to 11 U.S.C. §§330 and 331

approval and allowance of interim compensation and expense reimbursement, and served notice thereof pursuant to the Local Rules of this Court.

2. Any responses to the relief requested in the Application were due on or before September 10, 2020. That date has passed, and no responses have been timely filed.

3. Accordingly, pursuant to Local Rule 9013-1 B, the Court may grant the relief requested in the Application without further notice or a hearing.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED the Application shall be and hereby is, approved.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED the PCO is allowed interim compensation and expense reimbursement of fees and expenses in the amount of $5,126.40 from the $5,000.00 retainer advanced by the Debtor and currently being held in trust by PCO; that Debtor is ordered to immediately pay the balance of the requested fees and expenses in excess of the retainer, in the amount of $126.40; and that Debtor is directed, as per prior order of this Court, to replenish the retainer to $5,000.00.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED the PCO shall provide notice of this order to all interested parties.

###

Approved for entry:

/s/ Mark B. Toffoli
Mark B. Toffoli  OBA # 9045
THE GOODING LAW FIRM
A PROFESSIONAL CORPORATION
204 North Robinson Ave., Suite 650
Oklahoma City, Oklahoma  73102
TELEPHONE: (405) 948-1978
TELEFACSIMILE: (405) 948-0864
EMAIL:  mtoffoli@goodingfirma.com
**ATTORNEYS FOR DEBORAH BURIAN**