UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 17–80016**
**Chapter: 9**

**FILED**
Nov. 18, 2020
Patrick Keaney, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:

Atoka County Healthcare Authority
PO Box 1107
Atoka, OK 74525

Social Security No.:

Employer's Tax I.D. No.:
73–6264482

MINUTE ENTRY: Telephonic Status Conference conducted on 11/18/20 at 9:00 a.m. Appearances: Cheryl Triplett on behalf of the Internal Revenue Service and Rural Housing Service; Robert Huddle on behalf of Rural Housing Service. Status Conference continued to 1/13/2021 at 09:00 AM. Telephonic hearing Call in Number 888.684.8852 Access Code 8488521. Security Code 1347. (Corley, Cheryl)

Dated: November 18, 2020

**Patrick Keaney, Clerk**
**U.S. Bankruptcy Court**